**Albert N. Kennedy**, OSB No. 821429
(Lead Attorney)
Direct Dial:     (503) 802-2013
 Facsimile:      (503) 972-3713
 E-Mail:        al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
Direct Dial:     (503) 802-2027
Facsimile:       (503) 972-3727
E-Mail:         tim.conway@tonkon.com
**Leon Simson,** OSB No. 753429
Direct Dial:     (503) 802-2067
Facsimile:       (503) 972-3767
E-Mail:         leon.simson@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

        Attorneys for Clyde Hamstreet, CRO

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil No. 6:09-cv-06056 |
| Plaintiffs, | **SUPPLEMENTAL INFORMATION FOR TONKON TORP LLP BILLING STATEMENTS REGARDING POSITIONS AND EXPERIENCE LEVELS** |
| v. | |
| **SUNWEST MANAGEMENT, INC., CANYON CREEK DEVELOPMENT, INC.; CANYON CREEK FINANCIAL LLC, and JON M. HARDER** | |
| Defendants. | |
| and | |
| **DARRYL E. FISHER; J. WALLACE GUTZLER; KRISTIN HARDER; ENCORE INDEMNITY MANAGEMENT LLC; SENENET LEASING COMPANY; FUSE** | |

**ADVERTISING, INC.; KDA
CONSTRUCTION, INC.; CLYDE
HAMSTREET and CLYDE A.
HAMSTREET & ASSOCIATES, LLC,**

       Relief Defendants.

    and

**DARRYL E. FISHER, J. WALLACE
GUTZLER, KRISTIN HARDER, ENCORE
INDEMNITY COMPANY, FUSE
ADVERTISING, INC., KDA
CONSTRUCTION, INC., CLYDE
HAMSTREET AND CLYDE A.
HAMSTREET & ASSOCIATES, LLC,**

       Relief Defendants.


On May 19, 2009, the Court entered an Order requiring billing statements to list the positions and experience level of each professional as well as their requested hourly rates. Tonkon Torp LLP currently has two billing statements pending before this court. The names, experience level, title and requested hourly rates for each of the timekeepers set forth in the billing statements are as described below. Another copy of the pending billing statements is attached hereto. The billing statements indicate each attorney by initial and their hourly rate. All future billing statements will come with a cover page indicating the position and experience level of each timekeeper.

| TIMEKEEPER (Name and Initials) | EXPERIENCE LEVEL | TITLE | HOURLY RATE |
|---|---|---|---|
| Bachman, Karen L. (KLB) | 8 years, Litigation | Paralegal | 185.00 |
| Belding, Chloris E. (CEB) | 17 years, Business | Legal Assistant | 65.00 |
| Bjerk, Haley B. (HBB) | 3 years, Bankruptcy and Business Attorney | Associate | 195.00 |
| Chamberlain, Jeanne (J C) | 24 years, Litigation Attorney | Partner | 375.00 |

| | | | |
|---|---|---|---|
| Conway, Timothy J. (TJC) | 24 years, Bankruptcy Attorney | Partner | 400.00 |
| Crowther, Anita M.  (AMC) | 20 years, Bankruptcy and Business | Paralegal | 185.00 |
| Dennis, Sandra L. (SLD) | 15 years, Business | Paralegal | 185.00 |
| Denton, Justin B. (JBD) | 12 years, Business Attorney | Partner | 300.00 |
| Fletcher, Michael W. (MWF) | 12 years, Bankruptcy and Business Attorney | Partner | 300.00 |
| Forman, David C. (DCF) | 20 years, Bankruptcy and Business Attorney | Partner | 350.00 |
| Hein, James K. (JKH) | 4 years, Bankruptcy and Business Attorney | Associate | 225.00 |
| Keeny, Jeffrey H. (JHK) | 26 years, Business and Real Estate Attorney | Partner | 350.00 |
| Kennedy, Albert N. (ANK) | 33 years, Bankruptcy Attorney | Partner | 450.00 |
| Kennedy, Nancy (N C) | 37 years, Bankruptcy and Litigation | Legal Assistant / Paralegal | 90.00 |
| Lindberg, Laura J. (LJL) | 10 years, Bankruptcy and Business | Paralegal | 185.00 |
| Newell, Elizabeth (ERN) | 3 years, Business Attorney | Associate | 215.00 |
| Petersen, David J. (DJP) | 11 years, Business Attorney | Partner | 275.00 |
| Simson, Leon (L S) | 34 years, Bankruptcy and Business Attorney | Of Counsel | 450.00 |

DATED this 22nd day of May, 2009.


TONKON TORP LLP


By  /s/ Timothy J. Conway
     **Timothy J. Conway**, OSB No. 851752
     Direct Dial:    (503) 802-2027
     Email:        tim.conway@tonkon.com

Attorney for Clyde A. Hamstreet, CRO

# EXHIBIT 1

**[NOTICE OF FILING OF BILLING STATEMENTS OF TONKON TORP LLP – as filed April 24, 2009 in U.S.D.C., Civil No. 6:09-cv-06056, Docket No. 232]**

**Albert N. Kennedy**, OSB No. 82142 (Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:  (503) 972-3713
    E-Mail:  al.kennedy@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

    Attorneys for Clyde Hamstreet, CRO


## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON


| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | Civil No. 6:09-cv-06056 |
| Plaintiffs, | **NOTICE OF FILING OF BILLING STATEMENTS OF TONKON TORP LLP** |
| v. | |
| **SUNWEST MANAGEMENT, INC., CANYON CREEK DEVELOPMENT, INC.; CANYON CREEK FINANCIAL LLC, and JON M. HARDER** | |
| Defendants. | |
| and | |
| **DARRYL E. FISHER; J. WALLACE GUTZLER; KRISTIN HARDER; ENCORE INDEMNITY MANAGEMENT LLC; SENENET LEASING COMPANY; FUSE ADVERTISING, INC.; KDA CONSTRUCTION, INC.; CLYDE HAMSTREET and CLYDE A. HAMSTREET & ASSOCIATES, LLC,** | |
| Relief Defendants. | |

and

**DARRYL E. FISHER, J. WALLACE GUTZLER, KRISTIN HARDER, ENCORE INDEMNITY COMPANY, FUSE ADVERTISING, INC., KDA CONSTRUCTION, INC., CLYDE HAMSTREET AND CLYDE A. HAMSTREET & ASSOCIATES, LLC,**

Relief Defendants.

Tonkon Torp LLP ("TT"), as restructuring counsel to Clyde Hamstreet, as Restructuring Officer of the Receivership Entities, as such term is defined in the Order Granting Preliminary Injunction and Appointing Receiver dated March 10, 2009 [Docket #64] (the "Receiver Order"), hereby files its billing statements for professional services rendered by TT as restructuring counsel for the period March 2, 2009 through March 31, 2009, together with its billing statements for services rendered in connection with engagements for certain Receivership Entities for the periods through and including March 31, 2009.

The statements for services rendered in relation to the Receivership Entities for the periods ending March 31, 2009 are as follows:

1.      During the period March 2, 2009 through March 31, 2009, the professional services rendered by TT as restructuring counsel totaled $2,025 in fees and $0 in expenses.  A copy of the TT statement is attached as Exhibit A.

2.      In February of 2009, TT was engaged to represent Middlefield Oaks Assisted Living and Memory Care Community, LLC in connection with the potential sale of substantially all of its assets.  From February 6, 2009 through March 31, 2009, the professional services rendered by TT in connection with the Middlefield Oaks matter resulted in charges of $36,926.50 in fees and $33 in expenses.  Copies of TT's statements for services rendered in connection with the Middlefield Oaks matter are attached hereto as Exhibit B.

Page 2 -    NOTICE OF FILING OF BILLING STATEMENTS OF TONKON TORP LLP

3.      In December of 2008, TT was engaged to represent 12 Receivership Entities (Autumn Glen Assisted Living Community, LLC; Autumn Park Assisted Living Community, LLC; Buford Brookside Senior Living, LLC; Crystal Terrace Retirement Community, LLC; Grayson Selinsgrove Limited Partnership; Lompoc Senior Living Limited Partnership; Minnetonka Senior Living, LLC; Moses Lake Senior Care, LLC; Paducah Senior Living, LLC; Scappoose Assisted Living, LLC; Spring Village, LLC; and Woodstock Oaks Senior Living, LLC) as intervenor-plaintiffs in the adversary proceeding filed as Adversary Proceeding No. 08-3265 in the bankruptcy case of Jon Harder, seeking injunctive relief against certain banks (the "Injunction Case"). From December of 2008 through March 31, 2009, the professional services rendered by TT in connection with the Injunction Case resulted in charges of $244,728.50 in fees and $1,925.10 in expenses. The remaining unpaid balance of fees and expenses incurred in connection with the Injunction Case is $81,653.60. Statements for services rendered in the Injunction Case are attached hereto as Exhibit C.

4.      In January of 2009, TT was engaged to assist in negotiating a resolution of certain issues that threatened closing of the Lone Star transaction. The professional services rendered by TT in connection with the Lone Star transaction resulted in charges of $6,165 in fees and $0 in expenses. Copies of TT's statements for services rendered in connection with the Lone Star transaction are attached hereto as Exhibit D.

YOU ARE NOTIFIED that under the terms of Section XI of the Receiver Order, if no objection to the fees and expenses in the attached statements is filed with the Court by the Receiver, the Receiver's professionals, the CRO and his professionals, the MC and the respective professionals for the UCC, TICC and MC, SHSL and BHB (as all such terms are defined in the

* * *

* * *

* * *

* * *

Page 3 -    NOTICE OF FILING OF BILLING STATEMENTS OF TONKON TORP LLP

Receiver Order), within 21 days of service of the statements, then such statements are authorized to be paid on an interim basis at 80% of the requested fees and 100% of the requested expenses.

DATED this 24th day of April, 2009.

TONKON TORP LLP

By /s/ Albert N. Kennedy
    **Albert N. Kennedy**, OSB No. 82142
       Direct Dial:   503.802.2013
       Email:       al.kennedy@tonkon.com

Attorney for Clyde A. Hamstreet, CRO

# EXHIBIT A



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

April 24, 2009

Invoice No. 1434800
Matter No.  034845-00001

Clyde Hamstreet as CRO of the Receivership Entities
Hamstreet & Associates
c/o SunWest Management
3723 Fairview Industrial Dr. SE, #270
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 3/31/09</u>

FOR LEGAL SERVICES RENDERED:   Restructuring

## Time Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>INIT</u> | <u>TIME</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 03/16/09 | Meeting with Mr. Hamstreet regarding restructuring of Sunwest affiliated entities (1.3) | ANK | 1.30 | 450.00 | $585.00 |
| 03/26/09 | Meeting with Mr. Hamstreet and management committee | ANK | 1.00 | 450.00 | $450.00 |
| 03/27/09 | Series of communications relating to restructuring alternatives and course of action (.4) | ANK | .40 | 450.00 | $180.00 |
| 03/31/09 | Review e-mail from Mr. Hamstreet regarding terms of engagement; review e-mail from Mr. Bryan regarding potential withdrawal of reference; telephone conference with Mr. Hamstreet regarding issues concerning withdrawal of reference; e-mail correspondence to Mr. Bryan regarding withdrawal of reference; review pleadings concerning objection to application for approval of rights and powers of chief restructuring officer and management committee; review series of e-mail exchanges concerning course of action in response to objection of coordinating lenders | ANK | 1.80 | 450.00 | $810.00 |
| TOTAL FEES | | | | | $2,025.00 |

## Timekeeper Summary

| <u>TIMEKEEPER</u> | <u>TIME</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|
| Albert N. Kennedy | 4.50 | 450.00 | $2,025.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1434800 | | 034845-00001 | Page 2 |
|---|---|---|---|

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| TOTALS | 4.50 | | $2,025.00 |

| | | | |
|---|---|---|---|
| CURRENT CHARGES | | | $2,025.00 |
| PLEASE PAY THIS AMOUNT | | | $2,025.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

# EXHIBIT B


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2009

Invoice No. 1432544
Matter No. 034739-00001

Middlefield Oaks Assisted Living and Memory Care
Community, LLC
c/o SunWest Management, Inc.
Attn: Curtis Brody
P.O. Box 3006
Salem, OR 97302-3006

<u>STATEMENT FOR PERIOD THROUGH 2/23/09</u>

FOR LEGAL SERVICES RENDERED:   Sale of Residence

## Time Detail

| DATE | DESCRIPTION | INIT | TIME |
|------|-------------|------|------|
| 02/06/09 | Conference with Mr. Palmer regarding sale of Middlefield Oaks facility; conference with Mr. Hamstreet regarding Middlefield Oaks sale; draft memorandum regarding deal points and course of action concerning sale of Middlefield Oaks | ANK | 1.40 |
| 02/06/09 | Review facts and analyze issues regarding sale of assets to Mr. Falk | JBD | .70 |
| 02/09/09 | Analyze issues concerning structure of sale, relative interests in proceeds and necessary approvals | ANK | .80 |
| 02/09/09 | Review facts and analyze issues regarding potential sale; telephone conference with Mr. Rotenberg regarding sale-related issues; telephone conference with Messrs. Decker and Wettlaufer regarding same; analyze case sent by Mr. Palmer | JBD | 4.10 |
| 02/10/09 | Continued review of background and analysis of course of action concerning closing transaction | ANK | .80 |
| 02/10/09 | Review background documents; telephone conference with Mr. Rotenberg; telephone conference with Mr. Palmer; draft purchase and sale agreement | JBD | 3.80 |
| 02/11/09 | Review documents from client, including operating agreement, financial documents and amendments to operating agreement; analyze course of action and issues relating to closing; analyze issues concerning interests and potential claims in and to proceeds; meeting with client representatives regarding course of action | ANK | 1.80 |
| 02/11/09 | Analyze issues regarding potential sale of residence | JBD | 1.40 |
| 02/12/09 | Multiple communications with client concerning structure of Middlefield Oaks entity, interests in Middlefield Oaks sale proceeds and necessary approvals and structure of sale | ANK | 1.70 |
| 02/12/09 | Review operating agreement and analyze issues regarding potential sale; e-mails to and from Mr. Wettlaufer regarding same | JBD | 2.90 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

---

Invoice # 1432544                           034739-00001                    Page 2

| DATE | DESCRIPTION | INIT | TIME |
|------|-------------|------|------|
| 02/13/09 | Analyze company organization and other documents relating to sale and analyze issues regarding same | JBD | 3.00 |
| 02/16/09 | Attend mediation (1.5) | ANK | 1.50 |
| 02/16/09 | Work on purchase and sale agreement; analyze ownership and authority | JBD | 1.50 |
| 02/17/09 | Interoffice conference regarding structure of transaction and relative interests of various parties; analyze issues concerning potential bankruptcy court approval | ANK | .50 |
| 02/17/09 | Analyze organization documents, tenancy in common agreement, ground lease and other documents; analyze issues regarding same | JBD | 3.90 |
| 02/18/09 | Work on purchase and sale agreement for improvements and personal property; telephone conference with Mr. Rotenberg regarding issues relating to same; review TIC's real property purchase agreement | JBD | 5.30 |
| 02/18/09 | Conference with Mr. Denton regarding conveyance issues; review deed forms | JHK | .50 |
| 02/19/09 | Conference with Messrs. Hamstreet, Foraker, Kalikman and English regarding necessity of bankruptcy filing for closing of Middlefield Oaks transaction | ANK | .80 |
| 02/19/09 | Work on purchase and sale agreement for improvements and personal property | JBD | 2.30 |
| 02/20/09 | Interoffice conference regarding structure of transaction and means of closing transaction | ANK | .40 |
| 02/20/09 | Review real estate purchase and sale agreement; telephone conference with Mr. Rotenberg regarding same; telephone conference with Mr. Palmer regarding same | JBD | 4.00 |
| 02/23/09 | Work on purchase and sale agreement | JBD | 2.00 |
| TOTAL FEES | | | $15,010.00 |

CURRENT CHARGES                                    $15,010.00

PLEASE PAY THIS AMOUNT                             $15,010.00

---

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

March 5, 2009

Invoice No. 1432916
Matter No.  034739-00001

Middlefield Oaks Assisted Living and Memory Care
Community, LLC
c/o SunWest Management, Inc.
Attn: Curtis Brody
P.O. Box 3006
Salem, OR  97302-3006

<u>STATEMENT FOR PERIOD THROUGH 3/5/09</u>

FOR LEGAL SERVICES RENDERED:   Sale of Residence

## <u>Time Detail</u>

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>INIT</u> | <u>TIME</u> |
|---|---|---|---|
| 02/12/09 | Review and confer with Mr. Denton regarding operating agreement to determine priority of distribution rights upon occurrence of liquidity event; research, analyze and confer with Mr. Denton regarding Mr. Grotenberg's questions regarding 1031 exchange | MFL | 2.60 |
| 02/18/09 | Analyze and confer with Mr. Denton regarding sales price allocation issues | MFL | .60 |
| 02/24/09 | Conference with Messrs. Hamstreet and Foraker, counsel for Mr. Harder and counsel for committees regarding course of action concerning sale and authority | ANK | .50 |
| 02/24/09 | Work on member consent resolutions and other consent issues; telephone conference with Mr. Hall (Harder's bankruptcy attorney) regarding same; draft comments to real estate purchase agreement | JBD | 1.80 |
| 02/25/09 | Series of communications with Mr. Palmer concerning course of action in closing sale of facility to Mr. Falk | ANK | .80 |
| 02/25/09 | Conference with Mr. Denton regarding triple net lease agreement | HBB | .20 |
| 02/25/09 | Telephone conference with Mr. Meltzer regarding real estate purchase agreement and personal property purchase agreement; work on same; work on member consent resolutions; analyze issues regarding same | JBD | 4.50 |
| 02/26/09 | E-mails to and from Mr. Palmer regarding transaction issues | JBD | .30 |
| 02/27/09 | Analyze issues regarding sale to the Falks; review investor property purchase agreement | JBD | 2.40 |
| 03/02/09 | Review triple net lease agreement | HBB | .40 |
| 03/02/09 | Analyze TIC purchase agreement | JBD | 1.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


## TONKON TORP LLP
### ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1432916 | | 034739-00001 | Page 2 |
|---|---|---|---|

| DATE | DESCRIPTION | INIT | TIME |
|---|---|---|---|
| 03/03/09 | Telephone conference with Mr. Rosenberg regarding issues related to TICs and analyze issues regarding same | JBD | .70 |
| 03/04/09 | Work on asset purchase agreement; review title report and analyze title issues | JBD | 3.10 |
| 03/04/09 | Confer with Mr. Denton regarding sale issues including implications of bankruptcy filings and Judge Hogan's order | TJC | .30 |
| TOTAL FEES | | | $6,322.00 |

CURRENT CHARGES                                                    $6,322.00

PRIOR STATEMENT BALANCE                                    $15,010.00

PLEASE PAY THIS AMOUNT                                        $21,332.00

## Statement of Account

| 02/24/09 | Invoice # | 1432544 | $15,010.00 |
|---|---|---|---|
| TOTAL | | | $15,010.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

March 5, 2009

Invoice No. 1432916
Matter No.  034739-00001

Middlefield Oaks Assisted Living and Memory Care
Community, LLC
c/o SunWest Management, Inc.
Attn: Curtis Brody
P.O. Box 3006
Salem, OR  97302-3006

<u>STATEMENT FOR PERIOD THROUGH 3/5/09</u>

FOR LEGAL SERVICES RENDERED:   Sale of Residence

| | |
|---|---|
| CURRENT CHARGES | $6,322.00 |
| PRIOR STATEMENT BALANCE | $15,010.00 |
| PLEASE PAY THIS AMOUNT | $21,332.00 |

<u>Statement of Account</u>

| | | | |
|---|---|---|---|
| 02/24/09 | Invoice # | 1432544 | $15,010.00 |
| TOTAL | | | $15,010.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

April 14, 2009

Invoice No. 1434425
Matter No.  034739-00001

Middlefield Oaks Assisted Living and Memory Care
Community, LLC
c/o SunWest Management, Inc.
Attn: Curtis Brody
P.O. Box 3006
Salem, OR  97302-3006

<u>STATEMENT FOR PERIOD THROUGH 3/31/09</u>

FOR LEGAL SERVICES RENDERED:   Sale of Residence

<u>Time Detail</u>

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>INIT</u> | <u>TIME</u> |
|---|---|---|---|
| 03/03/09 | Meeting with Messrs. Hamstreet, Foraker, Nuti and Kalikman regarding course of action concerning approval of sale | ANK | .50 |
| 03/05/09 | Attend meeting of interested parties concerning development of receivership order and discuss impact on Middlefield Oaks and proposed sale of Middlefield Oaks' assets | ANK | 1.00 |
| 03/05/09 | Work on asset purchase agreement; telephone conference with Mr. Wettlaufer regarding same; telephone conference with Mr. Rosenfeld regarding same; work on member consent | JBD | 4.80 |
| 03/06/09 | Several meetings relating to strategies concerning closing sale and implications of Harder bankruptcy and receivership proceeding | ANK | 2.30 |
| 03/06/09 | All-hands telephone conference with parties' attorneys regarding sale of assets to Dr. Falk and analyze issues regarding same | JBD | 2.20 |
| 03/11/09 | Conference call regarding implications of receivership order; attend mediation session | ANK | 1.40 |
| 03/11/09 | Review Judge Hogan's order and analyze its impact on Middlefield Oaks' sale; participate in conference call regarding same; work on transaction | JBD | 3.70 |
| 03/11/09 | Review correspondence regarding process; confer with Mr. Denton; review SEC order; telephone conference regarding SEC implications of transaction | TJC | 1.40 |
| 03/12/09 | Telephone conference with Mr. Roth regarding proposed transaction; telephone conference with Mr. Palmer regarding same; e-mails from Messrs. Palmer and Rosenfeld regarding same | JBD | 1.50 |
| 03/13/09 | Review communications from Messrs. Rotenberg and Palmer; review latest revised drafts of purchase and sale agreements; work on other transaction documents | JBD | 3.70 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1434425                                                034739-00001                    Page 2

| DATE | DESCRIPTION | INIT | TIME |
|------|-------------|------|------|
| 03/16/09 | Analyze issues regarding purchase and sale | JBD | 1.00 |
| 03/17/09 | Prepare for telephone conference; telephone conference with Messrs. Rotenberg, Palmer, Meltzer and Wettlaufer regarding transaction issues; work on purchase and sale agreement; work on deed | JBD | 2.60 |
| 03/17/09 | Conference with Mr. Denton regarding deed issue; review consideration statute | JHK | .40 |
| 03/18/09 | Work on purchase and sale agreement; work on assignment of ground leases and other transaction documents | JBD | 2.50 |
| 03/19/09 | Research corporate status of Middlefield Oaks Assisted Living and Memory Care Community, LLC and assumed business name registrations (.3); order Oregon state UCC search (.2) | AMC | .50 |
| 03/19/09 | Analyze issues relating to parties to Agreement to Allocate Net Proceeds Post-Closing | ERN | .40 |
| 03/19/09 | Conference call with Messrs. Meltzer, Palmer & Wettlaufer; work on Asset Purchase Agreement and e-mail regarding same | JBD | 4.90 |
| 03/20/09 | Work on revisions to agreement of purchase and sale and joint escrow instructions; work on allocation agreement and other transaction documents | JBD | 3.40 |
| 03/23/09 | Analyze issues regarding issues of sales proceeds; work on letter to shareholders regarding transaction | JBD | 3.60 |
| 03/23/09 | Analyze issues regarding distribution of sale proceeds | TJC | .40 |
| 03/24/09 | Telephone conference with counsel for parties regarding status of transaction and course of action in obtaining approval of transaction; telephone conference with Mr. Hamstreet | ANK | .80 |
| 03/24/09 | Analysis of real estate valuation and allocation issues with Mr. Denton | DJP | .60 |
| 03/24/09 | Telephone conference with Messrs. Meltzer, Palmer and Wettlaufer regarding transaction issues; analyze issues regarding Mr. Grassmuek's March 17, 2009 letter; work on real property sale agreement; e-mail to Mr. Rotenberg regarding same | JBD | 3.10 |
| 03/24/09 | Confer with Mr. Denton regarding sale issues | TJC | .80 |
| 03/30/09 | Additional review and organization of loan and organizational documents (.8) | AMC | .80 |
| 03/30/09 | Analyze issue regarding asset purchase agreement | JBD | .10 |
| 03/31/09 | Analyze issues regarding asset purchase agreement | JBD | .20 |
| TOTAL FEES | | | $15,561.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3⁄4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1434425                                    034739-00001          Page 3

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/19/09 | Search fees - - Unisearch, Inc. | $33.00 |
| | TOTAL COSTS AND EXPENSES | $33.00 |

CURRENT CHARGES                                      $15,594.50

PRIOR STATEMENT BALANCE                              $21,332.00

PLEASE PAY THIS AMOUNT                               $36,926.50

## Statement of Account

| 02/24/09 | Invoice # | 1432544 | $15,010.00 |
|----------|-----------|---------|------------|
| 03/05/09 | Invoice # | 1432916 | $6,322.00 |
| TOTAL    |           |         | $21,332.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.

# EXHIBIT C


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 13, 2009

Invoice No. 1432183
Matter No.  034689-00001

Autumn Glen Group
c/o SunWest Management, Inc.
attn:  Curtis Brody
PO Box 3006
Salem, OR  97302-00006

<u>STATEMENT FOR PERIOD THROUGH 2/13/09</u>

FOR LEGAL SERVICES RENDERED:   Harder Adversary Proceeding

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 12/19/08 | Meetings with Mr. Hamstreet, Judges Velour and Hogan and others concerning course of action with respect to Section 105 injunction | ANK | 3.50 | $1,575.00 |
| 12/19/08 | Meet with Clyde Hamstreet and discuss strategy (1.4); communications with Mr. Streinz regarding LRS litigation (.2); work on injunction analysis (3.0) | J C | 4.60 | $1,725.00 |
| 12/20/08 | Meeting with Mr. Hamstreet and Ms. Cohn regarding preparation for injunction action; conference call with Mr. English, Mr. Hamstreet and Ms. Cohn regarding same | ANK | 1.40 | $630.00 |
| 12/22/08 | Conference call with mediators; conference call regarding strategy and course of action; work on preparation of injunction pleadings | ANK | 1.20 | $540.00 |
| 12/22/08 | Work on injunction case and draft motion to Intervene | J C | 5.30 | $1,987.50 |
| 12/23/08 | Series of communications relating to course of action and strategy on Section 105 injunction; analyze issues relating to scope and limitations of injunction; conference call with various interested parties regarding course of action | ANK | 1.30 | $585.00 |
| 12/23/08 | Work on motion to Intervene; work on injunction analysis | J C | 4.80 | $1,800.00 |
| 12/24/08 | Analyze course of action relating to intervention and proposed injunctive relief; series of telephone conferences concerning injunction | ANK | 1.40 | $630.00 |
| 12/24/08 | Work on motion to intervene and motion in support of preliminary injunction | J C | 7.00 | $2,625.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                    034689-00001                    Page 2

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 12/26/08 | Two conference calls concerning course of action relating to injunction; prepare for intervention and participation | ANK | 2.40 | $1,080.00 |
| 12/26/08 | Work on legal briefs; review adversary proceeding complaint | J C | 5.60 | $2,100.00 |
| 12/27/08 | Review memorandum in support of intervention; review memorandum in support of injunction; series of e-mail exchanges concerning development of supporting facts | ANK | 1.70 | $765.00 |
| 12/29/08 | Review complaint, memorandum in support of order to show cause and declaration; review and revise pleadings; conference call with Mr. Foraker and Ms. Chamberlain; conference call with various counsel regarding status of sale and planning for filing and injunction; telephone conference with Mr. Hamstreet | ANK | 3.30 | $1,485.00 |
| 12/29/08 | Work on intervention and injunction briefs; telephone conference with Mr. Foraker regarding Hamstreet declaration; draft Hamstreet declaration; telephone conference with Mr. Hamstreet and others regarding Harder bankruptcy filing | J C | 8.30 | $3,112.50 |
| 12/30/08 | Review and revise Hamstreet declaration; review press release and public relations schedule; review multiple e-mail exchanges regarding CRO agreement; telephone conference with Mr. Hamstreet; review revised declaration | ANK | 1.80 | $810.00 |
| 12/30/08 | Work on briefs; revise Hamstreet declaration | J C | 6.30 | $2,362.50 |
| 12/31/08 | Series of e-mail exchanges concerning status of and preparation for filing intervention and status of Harder bankruptcy case | ANK | 1.20 | $540.00 |
| 12/31/08 | Revise briefing | J C | 2.20 | $825.00 |
| 01/02/09 | Review status of Harder case; exchange e-mail correspondence regarding preparation for filing (.7) | ANK | .70 | $315.00 |
| 01/02/09 | Review Harder adversary proceeding filings; draft supplemental Hamstreet declaration; revise briefs; multiple communications regarding same | J C | 7.20 | $2,700.00 |
| 01/05/09 | Review series of revisions to pleadings | ANK | 1.70 | $765.00 |
| 01/05/09 | Revise and circulate intervention papers for comment; receive and incorporate comments; conference with Mr. Kennedy regarding strategy | J C | 7.20 | $2,700.00 |
| 01/05/09 | Work on motions relating to right to intervene | JBD | 2.00 | $600.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1432183 | | 034689-00001 | | Page 3 |
|---|---|---|---|---|

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 01/05/09 | Conference with Ms. Chamberlain regarding status of complaint and motion (.4); review Ms. Cohn's comments regarding intervention papers (.2); review and provide comments on memorandum in support of intervention (.5); review and provide comments on memorandum in support of motion for order to show cause (.9); review various pleadings filed by Mr. Streinz and Mr. English (.9); review revised memorandum in support of order to show cause (.5) | L S | 3.40 | $1,530.00 |
| 01/06/09 | Review pleadings filed and analyze course of action relating to prosecution and presentation of case (2.20) | ANK | 2.20 | $990.00 |
| 01/06/09 | Incorporate comments regarding briefs; edit and organize filing of intervention; review Mr. Harder's amended complaint and second amended complaint; voice mail from clerk's office regarding filings | J C | 2.30 | $862.50 |
| 01/06/09 | Further review of and comments on memorandum in support of order to show cause (.3); conference with Ms. Chamberlain regarding same (.1) | L S | .40 | $180.00 |
| 01/07/09 | Conference call regarding preparation for hearings and prepare for presentation at hearings (2.3) | ANK | 2.30 | $1,035.00 |
| 01/07/09 | Telephone call from clerk's office regarding injunction papers and expedited hearing request; review court docket regarding status; draft motion for temporary retraining order, memorandum in support and new declaration; e-mail to Ms. Dunn regarding needed information for restraining order; review multiple notices from court regarding adversary proceeding; review list of lenders and aggregation; telephone conference with Messrs. Hamstreet, Kennedy and Simson regarding injunction hearing and strategy | J C | 3.60 | $1,350.00 |
| 01/07/09 | Telephone conference with Mr. Hamstreet, followed by conference with Mr. Kennedy and then Ms. Chamberlain regarding evidence for stay hearing (1.2) | L S | 1.20 | $540.00 |
| 01/08/09 | Attend conference call regarding coordination and course of action; continued preparation for hearing (2.3) | ANK | 2.30 | $1,035.00 |
| 01/08/09 | Voice mail from Mr. Hamstreet; prepare outline of injunction case; conference with Mr. Kennedy regarding strategy; lengthy conference call with Mr. English and others regarding injunction work; review multiple requests for special notice and appearance | J C | 4.10 | $1,537.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1432183 | 034689-00001 | Page 4 |
|---|---|---|

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 01/08/09 | Review numerous e-mails regarding status conference (.2); conference with Mr. Adams regarding expert witnesses (.4); telephone conference with client representative regarding same (.1); review outline for injunction hearing (.3); participate in call regarding adversary proceedings (.8); conference with counsel afterwards (.4) | L S | 2.20 | $990.00 |
| 01/09/09 | Prepare for and attend hearing regarding scheduling; e-mail correspondence regarding schedule; series of communications concerning hearing and preparation for presentation | ANK | 2.50 | $1,125.00 |
| 01/09/09 | Telephone call from Mr. English; meet with Messrs. English, Hamstreet, Grenley and others regarding reorganization and injunction work; work on strategy regarding hearing; e-mail to Messrs. Grenley and Connolly regarding hearing and need for tenants-in-common data; e-mail from Mr. Grenley; e-mail to Ms. Dunn; review receivership data; telephone call from Mr. English regarding strategy session | J C | 4.80 | $1,800.00 |
| 01/09/09 | Conference with Mr. Kennedy regarding scheduling issues for hearing (.8) | L S | .80 | $360.00 |
| 01/10/09 | Series of meetings concerning case presentation and preparation and allocation of responsibility | ANK | 5.20 | $2,340.00 |
| 01/10/09 | Strategy meeting with Mr. Hamstreet, Ms. Dunn and Ms. Cohn; strategy meeting with Mr. Harder's counsel | J C | 5.20 | $1,950.00 |
| 01/10/09 | Participate in meeting to discuss evidence and witnesses for injunction hearing (3.5); attend meeting at Mr. English's office to coordinate presentation at injunction hearing (1.5) | L S | 5.00 | $2,250.00 |
| 01/11/09 | Analyze course of action concerning temporary restraining order and alternatives available to temporary restraining order; review multiple e-mail exchanges concerning preparation for case, including retention of experts and identification of appropriate witnesses; e-mail exchange with Mr. Shepherd and analyze documentation for Mr. Shepherd concerning corporate authority | ANK | 2.10 | $945.00 |
| 01/11/09 | Exchange e-mails with Ms. Chamberlain regarding TRO (.1) | L S | .10 | $45.00 |
| 01/12/09 | Work on strategy; multiple e-mail communications regarding exhibits; review and analyze Prudential objection; communications with Ms. Taylor regarding discovery matters; e-mails to and from Mr. Grenley regarding hearing and related matters; work on legal analysis in response to Prudential; work on information to provide Judge Brown | J C | 8.10 | $3,037.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                    034689-00001                        Page 5

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 01/12/09 | Meeting with Mr. Bush and others (.5); review e-mail from Mr. Hamstreet to Mr. McGahan (.1); telephone conference with Mr. Foraker regarding Hamstreet deposition (.2); telephone conference with Ms. Crooks regarding same (.2); review Prudential objections to order to show cause (.5); review e-mail from Mr. Foraker regarding Hamstreet deposition (.1) | L S | 1.60 | $720.00 |
| 01/13/09 | Series of conference calls and communications concerning potential temporary restraining order relating to Yakima Senior Living and basis for temporary restraining order; review pleadings filed by Mr. Jackson on behalf of Yakima Senior Living and analyze implications for motion and response thereto; prepare for trial (6.4) | ANK | 6.40 | $2,880.00 |
| 01/13/09 | Work on temporary restraining order analysis and strategy; draft motion and brief; multiple communications with Mr. Harder's counsel regarding hearing, discovery and strategy; multiple communications regarding information for Judge Brown; review intervention papers filed by tenants-in-common; review joinder on Prudential objection; conference call with Ms. Taylor and others concerning Mr. Harder's response to document production request; meet with Mr. English regarding hearing strategy | J C | 8.40 | $3,150.00 |
| 01/13/09 | Review e-mails regarding Hamstreet deposition (.1); review e-mail regarding Harder deposition (.1); review e-mail regarding discovery requested from Harder (.1); review e-mail regarding witnesses for hearing (.1); review e-mail from Mr. English regarding discovery (.5); draft e-mail to Ms. Chamberlain regarding issues for Ms. Dunn (.2); review list of facilities (.2); conference with Mr. Kennedy regarding evidence needed (.8) | L S | 2.10 | $945.00 |
| 01/13/09 | Modify list of facilities for injunction hearing and review format with Ms. Chamberlain | SLD | .70 | $136.50 |
| 01/14/09 | Multiple conference calls concerning preparation for hearing; multiple communications with counsel for banks concerning potential forbearance and dismissal; continued analysis of course of action concerning temporary restraining order; series of communications with client regarding exhibits and financial information; review updated financial information in preparation for temporary restraining order and hearing; series of communications concerning dismissal of parties | ANK | 5.70 | $2,565.00 |
| 01/14/09 | Review e-mail regarding temporary restraining order injunction issues (.1); contact the Iowa District Court for Woodbury County to determine whether a sheriff's sale of Sioux City Senior Living property has been scheduled (.2); research Iowa law regarding judicial foreclosures (2.7) | HBB | 3.00 | $585.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                      034689-00001                      Page 6

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 01/14/09 | Legal research for Mr. Simson regarding authority to pay a secured creditor outside of a plan of reorganization (2.5) | HBB | 2.50 | $487.50 |
| 01/14/09 | Work on temporary restraining order; telephone conferences with Bullivant lawyers regarding Lonestar matters; prepare exhibit list and witness list; work on strategy; review discovery requests; prepare exhibits for injunction | J C | 11.30 | $4,237.50 |
| 01/14/09 | Review pleadings regarding TRO (.3) | L S | .30 | $135.00 |
| 01/14/09 | [Harder Injunction: Ownership analysis for Yakima entities and report results to Ms. Chamberlain] | SLD | .90 | $175.50 |
| 01/15/09 | Review and revise pleadings; prepare trial exhibits; meeting with Bullivant co-counsel regarding preparation for trial; analyze issues relating to dismissals; several telephone conferences with opposing counsel regarding potential dismissals; continue trial preparation | ANK | 6.50 | $2,925.00 |
| 01/15/09 | Contact local counsel in foreclosure proceeding against Northpark (Sioux City Senior Living property) to discuss when a foreclosure sale will occur | HBB | .40 | $78.00 |
| 01/15/09 | Meeting with Mr. English and others to develop trial plan; work on developing trial presentation and exhibits; edit temporary restraining order papers; conference with Ms. Taylor regarding discovery matters | J C | 9.50 | $3,562.50 |
| 01/15/09 | Work on intervenor-plaintiff exhibits | KLB | .50 | $92.50 |
| 01/15/09 | Review e-mails regarding valuation witnesses (.1); telephone conference with Mr. Plush (.1); telephone conference with Ms. Cohn regarding expert witnesses (.2); telephone conference with Mr. Taylor regarding possible testimony (.3); draft e-mail to Mr. Taylor (.1); telephone conference with Mr. Plush regarding expert testimony (.4); telephone conference with Ms. Cohn regarding expert witnesses (.1); telephone conference with Mr. Taylor regarding expert testimony (.5); conference with Ms. Chamberlain regarding TRO motion (.5) | L S | 2.30 | $1,035.00 |
| 01/15/09 | [Harder Injunction: revise list of facilities for injunction hearing; work on facilities and ownership spreadsheet (4.9)] | SLD | 4.90 | $955.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3⁄4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


# TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                              034689-00001                    Page 7

| DATE | DESCRIPTION | INIT . | TIME | AMOUNT |
|------|-------------|--------|------|--------|
| 01/16/09 | Conference call with Messrs. Hamstreet, Foraker and Bush regarding course of action concerning proposal from tenants-in-common investors; analyze course of action relating to parties to cases; review and revise temporary restraining order pleadings; series of telephone conferences with Hamstreet personnel regarding preparation for trial; series of communications with Mr. Werts regarding resolution with bank clients; analyze course of action concerning dismissals; review pleadings filed in response to mediation and preliminary injunction motion | ANK | 5.30 | $2,385.00 |
| 01/16/09 | Work on temporary restraining order papers; telephone conference with Mr. Marcos; multiple telephone conferences with Mr. Hamstreet; telephone conference with Ms. Dunn regarding reserves and exhibits; telephone conferences with Bullivant lawyers regarding briefing; prepare trial notice; telephone conference with Judge Brown's office regarding temporary restraining order hearing; notice hearing; communications regarding depositions; review objections to mediation | J C | 8.70 | $3,262.50 |
| 01/16/09 | Work on intervenor-plaintiff exhibits | KLB | 1.70 | $314.50 |
| 01/16/09 | Review e-mails regarding effect of injunction on receivers (.1); telephone conference with Mr. Taylor regarding expert testimony (.2); telephone conference with Mr. Plush regarding same (.1); telephone conference with Mr. Leonard regarding document production (.1); telephone conference with Mr. Brown regarding expert witnesses (.1); telephone conference with Mr. Plush (.2) | L S | .80 | $360.00 |
| 01/16/09 | Work on second spreadsheet of facilities and ownership interests (2.7) | SLD | 2.70 | $526.50 |
| 01/18/09 | Review bank group's objection to mediation; review Tennessee Commerce Bank's objection to mediation and objection to injunction; review and exchange multiple e-mail communications concerning preparation for hearing and scheduling of depositions and discovery; review and analyze implications of Cardinal Industries case; prepare for hearing | ANK | 5.20 | $2,340.00 |
| 01/18/09 | Prepare for hearing; review and analyze lender briefs regarding intervention, mediation and stay; voice mail from and to Mr. English regarding discovery matters | J C | 5.30 | $1,987.50 |
| 01/18/09 | Telephone conference with Mr. McKeown regarding potential expert witness testimony (.3) | L S | .30 | $135.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


## TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

---

Invoice # 1432183                                    034689-00001                    Page 8

---

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 01/19/09 | Meeting at Bullivant to prepare for hearing; meeting with Mr. Hamstreet, Ms. Cohn and others concerning preparation for hearing; series of conferences with Mr. Werts concerning forbearance agreements; series of conferences with Ms. Dunn and Mr. Fogg concerning forbearance agreements; work on proposed injunction order; telephone conference with Mr. Padrick regarding engagement as examiner with expanded powers and relationship with Hamstreet and plan of restructuring | ANK | 6.30 | $2,835.00 |
| 01/19/09 | Attend strategy meeting at Bullivant; meet with Messrs. Hamstreet, Foraker and others regarding refining injunction request; work on exhibit list, witness list and draft supplemental brief in support of plaintiff's motion for order to show cause; review Bullivant brief | J C | 8.20 | $3,075.00 |
| 01/19/09 | Attend meeting at Mr. English's office with numerous counsel to prepare for injunction hearing (2.2); participate in meeting to prepare evidence for injunction hearing (1.2); telephone conference with Mr. Fish (.1); review Mr. Harder's resignation letter (.1); telephone conference with Mr. Miller (.1); draft e-mail to Mr. Plush (.1); review e-mail regarding objection to intervention filed by Charter Bank (.1); draft e-mail regarding same (.1); review objection filed by Charter Bank (.3); telephone conference with Mr. Plush, potential witness (.6); draft e-mail to Mr. Miller regarding same (.1) | L S | 5.00 | $2,250.00 |
| 01/20/09 | Series of meetings with Mr. English and Mr. Hamstreet in preparation for injunction trial; prepare for injunction trial | ANK | 7.80 | $3,510.00 |
| 01/20/09 | Attend deposition of Jon Harder in preparation for preliminary injunction hearing; E-mail Mr. Kennedy and Ms. Chamberlain summary of Jon Harder's deposition testimony; conference with Mr. Kennedy regarding the same | HBB | 9.60 | $1,872.00 |
| 01/20/09 | Develop and organize exhibits for use at trial; work with Bullivant and edit their supplemental briefing, exhibit and witness lists; work on hearing preparation; telephone call from court clerk regarding temporary restraining order hearing; work on supplemental brief and proposed injunction order; multiple telephone conferences with Ms. Taylor; work on hiring expert; prepare for argument on intervention; prepare and file exhibit and witness lists; review rough transcript from Harder deposition and conference with Ms. Bjork regarding same | J C | 10.40 | $3,900.00 |
| 01/20/09 | Work on Intervenor-Plaintiff exhibits | KLB | 4.20 | $777.00 |

---

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1432183 | 034689-00001 | Page 9 |
|---|---|---|

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 01/20/09 | Conference with Ms. Chamberlain regarding Hamstreet subpoena (.1); review e-mail from Mr. Miller regarding expert witnesses (.1); telephone conference with Mr. Miller regarding expert witnesses (.3); review draft examiner order (.3); draft e-mail regarding Mr. Rothschild (.1); exchange e-mails regarding Hamstreet deposition (.1); review proposed witness list (.1); telephone conference with Mr. Taylor regarding expert witnesses (.1); review supplemental brief and draft preliminary injunction order (.4); review correspondence from various counsel (.2); review portion of Harder's deposition (1.3); review proposed exhibit list (.1) | L S | 3.20 | $1,440.00 |
| 01/20/09 | Revise Senior Living Facilities List and remove facilities that were sold | SLD | 1.00 | $195.00 |
| 01/21/09 | Continued preparation for injunction hearing, including preparation of witnesses for depositions | ANK | 6.50 | $2,925.00 |
| 01/21/09 | Prepare exhibit binders | CEB | 1.00 | $65.00 |
| 01/21/09 | Review original and amended CRO agreements; draft memorandum to Mr. Kennedy and Ms. Chamberlain regarding the differences between the CRO agreements | HBB | 2.40 | $468.00 |
| 01/21/09 | Prepare for and attend hearing; review amicus briefing; work on obtaining expert; conference with Mr. Marcos; work with witnesses; work on trial strategy | J C | 12.40 | $4,650.00 |
| 01/21/09 | Draft engagement letter for Mr. Fish and analyze issues regarding same | JBD | 1.20 | $360.00 |
| 01/21/09 | Work on injunction hearing exhibit binders | KLB | 1.40 | $259.00 |
| 01/21/09 | Review numerous e-mails regarding hearing (.4); review Mr. Fish's biography (.1); telephone conference with Mr. Miller regarding same (.2); telephone conference with Mr. English regarding mediation hearing (.2); telephone conference with Mr. Fish regarding testifying as expert (.4); conference with Mr. Kennedy and Mr. Hamstreet regarding same (.2); review more information regarding Mr. Fish (.2); conference regarding results of hearings and further actions (.4) | L S | 2.10 | $945.00 |
| 01/22/09 | Review defendant Charter BAnk's first request for production of documents (.3); identify responsive documents and prepare for production (1.0); draft letter to Mr. Cushing enclosing documents responsive to request for production (.2) | AMC | 1.50 | $292.50 |
| 01/22/09 | Prepare for and attend Hamstreet deposition; continued trial preparation | ANK | 11.50 | $5,175.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


# TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

---

Invoice # 1432183                                    034689-00001                    Page 10

---

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 01/22/09 | Work on strategy; confer regarding Mr. Hamstreet's testimony; meet with Mr. Marcos; make arrangements for Mr. Fish's due diligence work; meet with Mr. English; prepare for hearing | J C | 10.10 | $3,787.50 |
| 01/22/09 | Document control; work on document production; work on hearing exhibits and exhibit binders | KLB | 6.50 | $1,202.50 |
| 01/22/09 | Review TIC Committee questionnaire (.1); review e-mail regarding Mr. Grenley's letter (.2); draft response regarding same (.2); conference regarding various issues for hearing (.5) | L S | 1.00 | $450.00 |
| 01/22/09 | Analyze facility spreadsheet regarding confirmation of entities that own property | SLD | .70 | $136.50 |
| 01/23/09 | Review document production in response to Charter Bank's request (.5); e-mail to Ms. Bruck requesting additional documents (.2); review additional documents posted on FTP site and prepare for production (.5); letter to counsel with response to request for production (.2); obtain and assemble plan of reorganizations for Ms. Chamberlain (.5); assemble trial notebooks (1.0) | AMC | 2.90 | $565.50 |
| 01/23/09 | Prepare for and attend deposition of Mr. Marcos; continued trial preparation | ANK | 10.00 | $4,500.00 |
| 01/23/09 | Work on trial preparation; respond to discovery; review defense filings; coordinate expert work; meet with Mr. Fish | J C | 10.70 | $4,012.50 |
| 01/23/09 | Draft notice of voluntary dismissal with respect to Wells Fargo (.2); draft response to Charter Bank's request for production (1.6); review documents prior to production (.2) | JKH | 2.00 | $430.00 |
| 01/23/09 | Document control; work on document production; document organization; work on hearing exhibits and exhibit binders | KLB | 6.60 | $1,221.00 |
| 01/23/09 | Review e-mail regarding Wells Fargo forbearance (.1); work on trial prep (1.5) | L S | 1.60 | $720.00 |
| 01/23/09 | Assist Ms. Chamberlain with review, formatting edits for spreadsheet exhibits to reduce size and allow e-mailing of same to Mr. Rundell and Mr. Marcos (.4) | LJL | .40 | $74.00 |
| 01/23/09 | Telephone calls with Kristine Bernard and Ms. Chamberlain regarding facility list; revise and confirm facility list to include entity owners of properties | SLD | 1.60 | $312.00 |
| 01/24/09 | Series of meetings with witnesses and co-counsel; prepare for trial | ANK | 9.00 | $4,050.00 |
| 01/24/09 | Work with witnesses; prepare for trial | J C | 10.10 | $3,787.50 |
| 01/24/09 | Participate in witness preparation (2.4) | L S | 2.40 | $1,080.00 |

---

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


## TONKON TORP LLP
### ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                              034689-00001                Page 11

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 01/25/09 | Series of meetings with witnesses; prepare for trial | ANK | 9.50 | $4,275.00 |
| 01/25/09 | Conference with Ms. Chamberlain regarding briefs filed in opposition to Harder's motion for preliminary injunction; legal research regarding bankruptcy court's jurisdiction over the proceeding | HBB | 5.50 | $1,072.50 |
| 01/25/09 | Trial preparation | J C | 7.90 | $2,962.50 |
| 01/26/09 | Attend trial; prepare for Tuesday hearing | ANK | 11.00 | $4,950.00 |
| 01/26/09 | Prepare for and attend trial; telephone conferences with lender's counsel; prepare for next day | J C | 12.60 | $4,725.00 |
| 01/26/09 | Work on Intervenor-Plaintiff exhibits | KLB | .50 | $92.50 |
| 01/27/09 | Telephone call from Ms. Erwin at Foster Pepper requesting copies of exhibits filed (.2); review exhibit list, compile documents, and provide copies as requested to Ms. Erwin (.5) | AMC | .70 | $136.50 |
| 01/27/09 | Attend trial; prepare for final day of trial and closing | ANK | 10.00 | $4,500.00 |
| 01/27/09 | Review four boxes of lenders' exhibits for preliminary injunction hearing; conference with Ms. Chamberlain regarding the same | HBB | 4.40 | $858.00 |
| 01/27/09 | Prepare for and attend hearing; prepare for next day; telephone call from Wells Fargo counsel; review orders; telephone call from bank counsel | J C | 9.80 | $3,675.00 |
| 01/27/09 | Work on hearing exhibits | KLB | .80 | $148.00 |
| 01/27/09 | Telephone conference with Ms. Stenfeldt (.6) | L S | .60 | $270.00 |
| 01/27/09 | Telephone conference with Ms. Erwin of Foster Pepper regarding requested exhibits from Harder adversary proceeding and conference, e-mail to Ms. Bachman for further handling of same (.1) | LJL | .10 | $18.50 |
| 01/28/09 | Prepare for and attend trial | ANK | 12.50 | $5,625.00 |
| 01/28/09 | Legal research regarding permissive joinder of parties pursuant to FRCP 20 in an adversary proceeding seeking injunctive relief | HBB | 5.40 | $1,053.00 |
| 01/28/09 | Prepare for and attend day 3 of injunction hearing | J C | 13.40 | $5,025.00 |
| 01/29/09 | Series of communications with various parties concerning matters relating to the injunction and forbearance agreements relating to the injunctions; telephone conference with Mr. English; meeting at Bullivant offices | ANK | 2.80 | $1,260.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



## TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                034689-00001              Page 12

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 01/29/09 | Telephone call from Mr. English regarding next steps; draft temporary restraining order regarding Prudential and Tennessee Commerce; e-mail from and telephone call to Mr. Baldwin regarding foreclosure; e-mail exchanges with Mr. Jackson regarding Prudential; prepare stipulation; telephone calls from Grenley's office regarding results of hearing and pending foreclosures | J C | 1.80 | $675.00 |
| 01/29/09 | Conference with Mr. Kennedy regarding outcome of hearing, need for further filing (.5) | L S | .50 | $225.00 |
| 01/30/09 | Work on compilation of parties dismissed and to be dismissed and accurate identification of remaining parties; prioritize issues relating to future filings; analyze implications of developments in Harder bankruptcy case | ANK | 1.70 | $765.00 |
| 01/30/09 | Conference with Ms. Chamberlain regarding creating a spreadsheet specifying which defendants are still pending in the adversary proceeding and which have been dismissed; begin compiling the same | HBB | 1.90 | $370.50 |
| 01/30/09 | Multiple communications regarding Tennessee Commerce Bank and Prudential; organize filing; conference with Mr. Kennedy regarding strategy; work on response to court's request concerning status of defendants; telephone call from Grenley's office regarding Tennessee Commerce status | J C | 3.90 | $1,462.50 |
| 01/30/09 | Analyze issues and telephone conferences with counsel and Mr. Hamstreet regarding course of action (1.2) | TJC | 1.20 | $480.00 |
| 01/31/09 | Continue creating a comprehensive spreadsheet that specifies which defendants are still pending in the adversary proceeding; verify the correct legal names of all defendants; print notices of dismissal from Pacer; review hearing transcripts for defendants dismissed orally on the record; incorporate the same into the spreadsheet | HBB | 5.30 | $1,033.50 |
| 02/01/09 | Put together a binder with copies of the notices of dismissal and other documents supporting the dismissal of certain defendants; update the status of the spreadsheet by adding the legal name and community name of each defendant | HBB | 4.60 | $897.00 |
| 02/02/09 | Compile documents in response to U.S. Trustee's request for copies of organizational documents of all bankrupt entities (.5) | AMC | .50 | $97.50 |
| 02/02/09 | Series of meetings relating to strategies in implementing restructurings and workouts with lenders and tenants-in-common; review series of settlement proposals and documents | ANK | 7.30 | $3,285.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


# TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1432183 | | 034689-00001 | | Page 13 |

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 02/02/09 | Finish compiling binder with documents supporting the dismissal of defendants; verify information in the status spreadsheet regarding the legal names of the facilities; conference with Ms. Chamberlain regarding the same | HBB | 6.20 | $1,209.00 |
| 02/02/09 | Organize information regarding dismissals in response to Court inquiry; attend lengthy strategy session; meet with Ms. Dunn regarding Tennessee Commerce and Brookside; conference with Mr. Wefflauf and Ms. Dunn regarding same; communications with Mr. Grenley regarding Prudential and Tennessee Commerce; communications regarding dismissal of Washington mutual and JP Morgan Chase; organize exhibits regarding pending injunction claims and identified facilities | J C | 9.40 | $3,525.00 |
| 02/02/09 | Review letter from Mr. Grenley (.2) | L S | .20 | $90.00 |
| 02/03/09 | Complete compilation of organizational documents of all bankrupt entities (3.5) | AMC | 3.50 | $682.50 |
| 02/03/09 | Meeting with Judge Leavy regarding background and matters to be mediated; meeting with Mr. Hamstreet relating to strategy on future bankruptcy filings; series of communications among various interested parties concerning strategy in restructuring and workouts | ANK | 4.20 | $1,890.00 |
| 02/03/09 | Revised and updated the color-coded exhibit used at the preliminary injunction hearing by adding lender information and updating the status of each defendant; conference with Ms. Chamberlain regarding additional modifications and additions to the same | HBB | 3.70 | $721.50 |
| 02/03/09 | Respond to multiple inquiries regarding status of various defendants and dismissals; draft dismissal motion conference with Bullivant lawyers regarding same; telephone conferences with Streinz' office regarding dismissals | J C | 4.40 | $1,650.00 |
| 02/04/09 | Series of communications relating to forbearance agreements and course of action concerning injunction and alternatives in the event injunction is not granted | ANK | 3.20 | $1,440.00 |
| 02/04/09 | Modify color-coded exhibit pursuant to several conversations with Ms. Chamberlain | HBB | 3.20 | $624.00 |
| 02/04/09 | E-mail from and to Mr. VanSpeybroek regarding mediation; communications regarding dismissal requests | J C | .70 | $262.50 |
| 02/05/09 | Series of meetings with counsel for Mr. Harder and counsel for tenants-in-common regarding course of action concerning restructuring | ANK | 5.80 | $2,610.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                        034689-00001                    Page 14

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|---|---|---|---|---|
| 02/05/09 | Review disclaimer of interest and motion to dismiss filed by Prudential Huntoon Paige Associates Ltd.; e-mail Ms. Chamberlain regarding the same | HBB | .20 | $39.00 |
| 02/05/09 | Voice mail from and to Zions Bank counsel; telephone call from Waupaca Bank counsel; multiple communications regarding Regions Bank; conference with Mr. Conway regarding Charter Bank; telephone calls with Mr. VanSpeyBroeck; meet with Mr. Nuti regarding dismissals; prepare dismissals; telephone call from Mr. Whipple regarding Wells Fargo forbearance | J C | 3.60 | $1,350.00 |
| 02/06/09 | Attend initial conference regarding mediation; meeting with Mr. Hamstreet regarding course of action | ANK | 2.00 | $900.00 |
| 02/06/09 | Voice mail from and telephone call to Mr. Scharff regarding Foundation Bank; review document production from Sunwest; review dismissals and organize filing; draft e-mail regarding Oaks at Woodstock vote and need for action; respond to Ms. Wallentine's request for hearing exhibits | J C | 1.90 | $712.50 |
| 02/06/09 | Document control | KLB | .50 | $92.50 |
| 02/09/09 | Series of telephone conferences with Mr. English and Mr. Kalikman relating to course of action | ANK | 1.30 | $585.00 |
| 02/09/09 | Revise caption and summary of dismissals; e-mail from Mr. Harder regarding Oregon forbearance; multiple communications regarding specific facilities | J C | 3.20 | $1,200.00 |
| 02/10/09 | E-mail from clerk's office regarding amendment; review dismissals | J C | .30 | $112.50 |
| 02/11/09 | Prepare additional dismissals and revise caption; communications with clerk's office regarding same | J C | .90 | $337.50 |
| 02/11/09 | Review e-mail from Mr. Palmer regarding Dr. Falk's funds (.1); review e-mail from Mr. Wettlaufer regarding same (.1) | L S | .20 | $90.00 |
| 02/12/09 | Review Lone Star proceeds motion; telephone call to Ms. Dunn regarding Zions; communications with Mr. Baroway regarding Zions; telephone call from Mr. Trinchero regarding Sioux City facility; communications with clerk's office regarding dismissals | J C | 2.40 | $900.00 |
| 02/13/09 | Series of meetings and attendance at hearing | ANK | 7.00 | $3,150.00 |
| 02/13/09 | Attend hearing | J C | 4.00 | $1,500.00 |
| TOTAL FEES | | | | $229,070.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                    034689-00001                    Page 15

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Albert N. Kennedy | 196.70 | 450.00 | $88,515.00 |
| Anita Crowther | 9.10 | 195.00 | $1,774.50 |
| Chloris E. Belding | 1.00 | 65.00 | $65.00 |
| Haley B. Bjerk | 58.30 | 195.00 | $11,368.50 |
| James K. Hein | 2.00 | 215.00 | $430.00 |
| Jeanne M. Chamberlain | 271.90 | 375.00 | $101,962.50 |
| Justin B. Denton | 3.20 | 300.00 | $960.00 |
| Karen L. Bachman | 22.70 | 185.00 | $4,199.50 |
| Laura J. Lindberg | 0.50 | 185.00 | $92.50 |
| Leon Simson | 37.30 | 450.00 | $16,785.00 |
| Sandra L. Dennis | 12.50 | 195.00 | $2,437.50 |
| Timothy J. Conway | 1.20 | 400.00 | $480.00 |
| TOTALS | 616.40 | | $229,070.00 |

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16/09 | Postage | $104.13 |
| 01/20/09 | Local Messenger/Delivery - - World Courier Ground, Inc. FedEx | $7.76 |
| 01/21/09 | Meals - - Elephants Delicatessen | $91.25 |
| 01/21/09 | Postage | $37.38 |
| 01/22/09 | Meals - - Elephants Delicatessen | $89.25 |
| 01/23/09 | Postage | $35.55 |
| 01/27/09 | Meals - - Elephants Delicatessen | $128.25 |
| 01/28/09 | Meals - - Grand Central Bakery | $118.00 |
| 02/13/09 | Copying Costs | $461.65 |
| TOTAL COSTS AND EXPENSES | | $1,073.22 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

 **TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432183                                      034689-00001              Page 16

CURRENT CHARGES                                    $230,143.22

UNALLOCATED CREDITS                                $165,000.00

PLEASE PAY THIS AMOUNT                             $65,143.22

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 24, 2009

Invoice No. 1432545
Matter No. 034689-00001

Autumn Glen Group
c/o SunWest Management, Inc.
attn: Curtis Brody
PO Box 3006
Salem, OR 97302-00006

### STATEMENT FOR PERIOD THROUGH 2/23/09

FOR LEGAL SERVICES RENDERED:   Harder Adversary Proceeding

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 02/13/09 | Analyze issues regarding impact of ruling in Harder intervention to pending bankruptcy cases (.7) | JBD | .70 | $210.00 |
| 02/13/09 | Document control; load documents into Summation | KLB | 1.40 | $259.00 |
| 02/14/09 | Review Judge Brown's opinion (.4) | L S | .40 | $180.00 |
| 02/15/09 | Emails from Mr. Kennedy regarding next steps (.4) | L S | .40 | $180.00 |
| 02/16/09 | Attend mediation (6.5) | ANK | 6.50 | $2,925.00 |
| 02/16/09 | Review court's opinion regarding motion for preliminary injunction | JBD | .80 | $240.00 |
| 02/16/09 | Document control; load documents into Summation | KLB | 2.00 | $370.00 |
| 02/17/09 | Review court's opinion denying motion for TRO (.5) | JKH | .50 | $112.50 |
| 02/17/09 | Review e-mail from Mr. Kennedy including review of stipulation regarding use of Lone Star proceeds and discussion of steps going forward (.2) | LJL | .20 | $37.00 |
| 02/17/09 | Review stipulation regarding use of funds; review objections; telephone conference with client | TJC | .90 | $360.00 |
| 02/18/09 | Telephone call from Mr. Scharff regarding Foundation Bank; telephone conference with Phoenix attorney regarding Petersen Rancho; telephone call from Mr. Dean regarding Culpepper and Grayson at Selinsgrove; investigate issues raised; multiple communications with multiple parties regarding all of above | J C | 4.20 | $1,575.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432545                                    034689-00001                    Page 2

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 02/18/09 | Review additional pleadings; prepare for and attend hearing on use of Lone Star sale proceeds; post-hearing meetings with client and counsel | TJC | 4.10 | $1,640.00 |
| 02/19/09 | Meeting with Messrs. Hamstreet, Foraker and Kalikman regarding course of action concerning reorganization and future bankruptcy filings | ANK | 2.30 | $1,035.00 |
| 02/19/09 | Investigate KeyBank inquiry; telephone call from Mr. Scharff and e-mail from Ms. Dunn; communications with Mr. VonSpeybrock regarding KeyBank; telephone call from Mr. Grenley's office regarding affiliates; telephone conference with Lawyer for Deutshe Bank; review documents and investigate; communications regarding same; communications regarding Foundation Bank | J C | 4.30 | $1,612.50 |
| 02/20/09 | Further inquiry from Mr. VanSpeybroeck regarding KeyBank; investigate and respond; review proposed form of order from Mr. Criswell and respond; telephone call from Ms. Dunn regarding Foundation Bank; organize and file dismissal of Foundation Bank | J C | .90 | $337.50 |
| 02/22/09 | Review series of e-mail exchanges concerning Victoria Manor in Batavia, New York and course of action with respect thereto; review series of exchanges concerning course of action on new bankruptcies and workout strategies | ANK | 1.30 | $585.00 |
| 02/23/09 | Estimate for work to be completed during the week of February 23-28 | ANK | 9.00 | $4,000.00 |
| TOTAL FEES | | | | $15,658.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Albert N. Kennedy | 9.00 | 444.44 | $4,000.00 |
| Albert N. Kennedy | 10.10 | 450.00 | $4,545.00 |
| James K. Hein | 0.50 | 225.00 | $112.50 |
| Jeanne M. Chamberlain | 9.40 | 375.00 | $3,525.00 |
| Justin B. Denton | 1.50 | 300.00 | $450.00 |
| Karen L. Bachman | 3.40 | 185.00 | $629.00 |
| Laura J. Lindberg | 0.20 | 185.00 | $37.00 |
| Leon Simson | 0.80 | 450.00 | $360.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1432545                                            034689-00001                    Page 3

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 5.00 | 400.00 | $2,000.00 |
| TOTALS | 39.90 | | $15,658.50 |

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/07/09 | Postage for Harder Mailer | $103.00 |
| 01/20/09 | Local Messenger/Delivery - - B & L Delivery Inc. To: Bankruptcy Court | $8.00 |
| 01/21/09 | Meals - - Fete By Myriam, Inc. | $136.88 |
| 01/21/09 | Local Messenger/Delivery - - B & L Delivery Inc. To: Ball Janik | $5.50 |
| 01/21/09 | Local Messenger/Delivery - - B & L Delivery Inc. To: Perkins Coie | $5.50 |
| 01/21/09 | Local Messenger/Delivery - - B & L Delivery Inc. To: Bullivant Houser | $5.50 |
| 01/21/09 | Local Messenger/Delivery - - B & L Delivery Inc. To: Bankruptcy Court | $5.50 |
| 01/23/09 | Local Messenger/Delivery - - B & L Delivery Inc. To: Bankruptcy Court | $5.50 |
| 01/26/09 | Meals - - Elephants Delicatessen | $114.25 |
| 02/01/09 | Postage | $26.88 |
| 02/02/09 | Meals - - Ingallina's Box Lunch, Inc. | $165.90 |
| 02/06/09 | Postage | $37.38 |
| 02/09/09 | Postage | $26.46 |
| 02/10/09 | Postage | $20.58 |
| 02/11/09 | Postage | $49.00 |
| 02/23/09 | Copying Costs | $136.05 |
| | TOTAL COSTS AND EXPENSES | $851.88 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

---

Invoice # 1432545                                              034689-00001                Page 4

---

CURRENT CHARGES                                              $16,510.38

PRIOR STATEMENT BALANCE                                      $65,143.22

PLEASE PAY THIS AMOUNT                                       $81,653.60

## Statement of Account

| | | | |
|---|---|---|---|
| 02/13/09 | Invoice # | 1432183 | $65,143.22 |
| TOTAL | | | $65,143.22 |

---

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

# EXHIBIT D



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

January 27, 2009

Invoice No. 1431407
Matter No. 034689-00002

Autumn Glen Group
c/o SunWest Management, Inc.
attn: Curtis Brody
PO Box 3006
Salem, OR 97302-00006

## STATEMENT FOR PERIOD THROUGH 1/27/09

FOR LEGAL SERVICES RENDERED:   Lonestar Sale

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 01/12/09 | Telephone conference with Judge Brantsen (.6); telephone conference with Mr. Yates (.1); telephone conference with Mr. Litt (.2); draft e-mail to Mr. Litt (.1) | L S | 1.00 | $450.00 |
| 01/13/09 | Series of communications and conferences with Messrs. Hamstreet, Summers and Palmer concerning Falk objections to Lonestar sale (2.2) | ANK | 2.20 | $990.00 |
| 01/13/09 | Review correspondence regarding Falk claim (.5); telephone conference with Mr. Yates and Mr. Wettlaufer regarding same (.5); telephone conference with Mr. Summers regarding same (.2); telephone conference with Mr. Palmer regarding same (1.0); telephone conference with Mr. Summers and Mr. Palmer regarding Dr. Falk's claims (.6); additional telephone conference with Mr. Palmer and Mr. Hamstreet (.3); telephone conference with Mr. Mann and Mr. Wettlaufer regarding flow of funds (.3); telephone conference with Mr. Summers regarding Falk issue (.5) | L S | 3.90 | $1,755.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

February 13, 2009

Invoice No. 1432184
Matter No.  034689-00002

Autumn Glen Group
c/o SunWest Management, Inc.
attn:  Curtis Brody
PO Box 3006
Salem, OR  97302-00006

<u>STATEMENT FOR PERIOD THROUGH 2/13/09</u>

FOR LEGAL SERVICES RENDERED:   Lone Star Sale

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | AMOUNT |
|------|-------------|------|------|--------|
| 01/30/09 | Conference with Mr. Kennedy and Mr. Conway regarding obtaining Lonestar funds to connect funding deficiencies and telephone conferences with Mr. Hamstreet and Mr. Foraker regarding same (1.2) | L S | 1.20 | $540.00 |
| 02/03/09 | Review draft motion regarding use of Lonestar funds (.3); telephone conference with Mr. Coleman regarding motion (.1) | L S | .40 | $180.00 |
| TOTAL FEES | | | | $720.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Leon Simson | 1.60 | 450.00 | $720.00 |
| TOTALS | 1.60 | | $720.00 |

| | |
|---|---|
| CURRENT CHARGES | $720.00 |
| PRIOR STATEMENT BALANCE | $5,445.00 |
| PLEASE PAY THIS AMOUNT | <u>$6,165.00</u> |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF FILING OF BILLING STATEMENTS OF TONKON TORP LLP** on:

- **James M. Barrett**
  jmb@aterwynne.com,pdb@aterwynne.com

- **Steven K. Blackhurst**
  skb@aterwynne.com,sra@aterwynne.com

- **David A. Bledsoe**
  Dbledsoe@perkinscoie.com,acollins@perkinscoie.com,docketpor@perkinscoie.com

- **Robert R. Calo**
  calor@lanepowell.com,rammr@lanepowell.com,docketing-pdx@lanepowell.com

- **Barry P. Caplan**
  barry@sussmanshank.com,ctolle@sussmanshank.com

- **Diana K Carey**
  dcarey@karrtuttle.com

- **Christopher T. Carson**
  ccarson@kilmerlaw.com,vschmitz@kilmerlaw.com

- **Paul R. J. Connolly**
  paul@connollypc.com,angela@connollypc.com

- **David W. Criswell**
  dcriswell@bjllp.com,tsummers@balljanik.com,swylen@balljanik.com

- **David J. Elkanich**
  delkanich@hinshawlaw.com,tkohn@hinshawlaw.com,jdavis@hinshawlaw.com,astienessen@hinshawlaw.com

- **Ford Elsaesser**
  ford@ejame.com

- **Julie Engbloom**
  engbloomj@lanepowell.com,pettingerk@lanepowell.com,docketing-pdx@lanepowell.com

Page 1 -    CERTIFICATE OF SERVICE

- **Stephen F. English**
  steve.english@bullivant.com,janet.carswell@bullivant.com,carol.mclemore@bullivant.com,portlanddocketing@bullivant.com

- **Michael J. Esler**
  bh@eslerstephens.com,esler@eslerstephens.com,hardiman@eslerstephens.com

- **Michael M. Feinberg**
  mfeinberg@karrtuttle.com

- **Mark P Fickes**
  fickesm@sec.gov,fagelm@sec.gov

- **David A. Foraker**
  david.foraker@greenemarkley.com

- **Gary I. Grenley**
  ggrenley@grebb.com,jbecker@grebb.com,lehrenshaft@grebb.com

- **A. Kenneth Hennesay , Jr**
  khennesay@allenmatkins.com

- **John G. Hutchinson**
  jhutchinson@sidley.com

- **Gary K. Kahn**
  gkahn@rke-law.com

- **Jared B. Kahn**
  jaredk@rke-law.com

- **Jay L. Krystinik**
  jay.krystinik@bryancave.com

- **Susan F. LaMarca**
  lamarcas@sec.gov,alcairoe@sec.gov,johnstonj@sec.gov

- **Michael E. Liftik**
  liftikm@sec.gov

- **Merrilee A MacLean**
  mmaclean@karrtuttle.com

- **Kevin S. Mapes**
  kmapes@bjllp.com,mstacey@bjllp.com,ismith@bjllp.com

Page 2 -    CERTIFICATE OF SERVICE

- **Robert B. Miller**
  bob.miller@bullivant.com,leanne.l'hommedieu@bullivant.com,portlanddocketing@bulli vant.com

- **David R. Mylrea**
  dmylrea@hinshawlaw.com

- **Sheila E. O'Callaghan**
  ocallaghans@sec.gov

- **David L. Osias**
  bcrfilings@allenmatkins.com,dosias@allenmatkins.com

- **Milo Petranovich**
  petranovichm@lanepowell.com,pettingerk@lanepowell.com,docketing-pdx@lanepowell.com

- **Daniel H. Rosenhouse**
  dan.rosenhouse@doj.state.or.us,toni.c.kemple@doj.state.or.us

- **Kashya K. Shei**
  sheik@sec.gov

- **Brad T. Summers**
  tsummers@bjllp.com

- **Laura Caldera Taylor**
  laura.taylor@bullivant.com,portlanddocketing@bullivant.com,marcie.carter@bullivant.com

- **Robert L. Taylor**
  rtaylor@bjllp.com,jchavis@bjllp.com

- **Jeanette L. Thomas**
  jthomas@perkinscoie.com,etherrien@perkinscoie.com,docketpor@perkinscoie.com

- **Stephen T. Tweet**
  stweet@albertandtweet.com

- **David D. VanSpeybroeck**
  David.Vanspeybroeck@bullivant.com,christine.hicks@bullivant.com,portlanddocketing@bullivant.com

- **Robert J Vanden Bos**
  vbcservice@yahoo.com,bob@vbcattorneys.com

Page 3 -    CERTIFICATE OF SERVICE

- **David Wade**
  dwade@dgnmw.com,kavilla@dgnmw.com

- **Laura J. Walker**
  lwalker@cablehuston.com,kharris@cablehuston.com

- **David R. Zaro**
  fscollan@allenmatkins.com,dzaro@allenmatkins.com,mdiaz@allenmatkins.com

       In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

Marc J. Fagel
Securities and Exchange Commission
44 Montgomery Street, Ste. 1100
San Francisco, CA 94104

       DATED this 24th day of April, 2009.

       TONKON TORP LLP

       By */s/ Albert N. Kennedy*
         **Albert N. Kennedy**, OSB No. 82142
          Direct Dial:   503.802.2013
          Email:       al.kennedy@tonkon.com

       Attorney for Clyde A. Hamstreet, CRO

Page 4 -   CERTIFICATE OF SERVICE

# EXHIBIT 2

**[NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP FOR THE PERIOD THROUGH APRIL 30, 2009 – as filed May 15, 2009 in U.S.D.C., Case No. 6:09-cv-06082-HO, Docket No. 244]**

**Albert N. Kennedy**, OSB No. 821429
(Lead Attorney)
    Direct Dial:  (503) 802-2013
    Facsimile:   (503) 972-3713
    E-Mail:      al.kennedy@tonkon.com
**Timothy J. Conway**, OSB No. 851752
    Direct Dial: (503) 802-2027
    Facsimile:   (503) 972-3727
    E-Mail:      tim.conway@tonkon.com
**Leon Simson,** OSB No. 753429
    Direct Dial: (503) 802-2067
    Facsimile:   (503) 972-3767
    E-Mail:      leon.simson@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

      Attorneys for Debtor

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | **USDC Case No. 6:09-cv-06082-HO** |
| **STAYTON SW ASSISTED LIVING, L.L.C., DBA LAKESIDE ASSISTED LIVING COMMUNITY**, | Bankruptcy Court Case 08-36637-tmb11 **LEAD CASE** (Reference Withdrawn) |
| | THE FOLLOWING CASES ARE JOINTLY ADMINISTERED WITH 08-36637-tmb11 |
| Medallion Assisted Living Limited Partnership, dba Medallion Senior Living, | Nos. 08-36638-tmb11 |
| Colonial Gardens, LLC, aka Colonial Gardens Residential Care Community, | 08-36655-tmb11 |
| Hendersonville Senior Living, LLC, | 08-36673-tmb11 |
| Champlin, LLC, | 08-37147-tmb11 |
| Court at Clifton Park, LLC, | 08-37154-tmb11 |

Page 1 -    NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP FOR THE PERIOD THROUGH APRIL 30, 2009

| | |
|---|---|
| Court at Greece, LLC, | 08-37158-tmb11 |
| Court at Orchard Park, LLC, | 08-37161-tmb11 |
| Kearney Senior Living, LLC, | 08-37152-tmb11 |
| McCook Senior Living, LLC, | 08-37148-tmb11 |
| Montclair Senior Living, LLC, | 08-37159-tmb11 |
| Sanddollar Court Memory Care, LLC, | 08-37157-tmb11 |
| Seward Senior Living, LLC, | 08-37168-tmb11 |
| St. George Senior Living, LLC, | 08-37155-tmb11 |
| Vancouver Care, L.L.C., | 08-37156-tmb11 |
| Vegas Assisted Living, LLC, | 09-30151-tmb11 |
| Village at Greece, LLC, | 08-37149-tmb11 |
| Wayne Senior Living, LLC, | 08-37146-tmb11 |
| W-E Specialized Care, LLC, | 08-37151-tmb11 |

Debtors.

**NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP FOR THE PERIOD THROUGH APRIL 30, 2009**

**PLEASE TAKE NOTICE,** that pursuant to the Administrative Order Establishing Procedures for Provisional Payment of Professional Fees and Expenses on a Monthly Basis entered on March 19, 2009 (the "Fee Procedures Order"), Tonkon Torp LLP ("Tonkon Torp"), counsel for Debtors Stayton SW Assisted Living, L.L.C., dba Lakeside Assisted Living Community; Medallion Assisted Living Limited Partnership, dba Medallion Senior Living; Colonial Gardens, LLC, aka Colonial Gardens Residential Care Community; Hendersonville Senior Living, LLC; Champlin, LLC; Court at Clifton Park, LLC; Court at Greece, LLC; Court at Orchard Park, LLC; Kearney Senior Living, LLC; McCook Senior Living, LLC; Montclair Senior Living, LLC; Sanddollar Court Memory Care, LLC; Seward Senior Living, LLC; St. George Senior Living, LLC; Vancouver Care, L.L.C.; Village at Greece, LLC; Wayne Senior Living, LLC; and W-E Specialized Care, LLC ("Debtors"), has filed its Second Fee Statement, which covers the period from the Petition Date through April 30, 2009.

* * *

Page 2 -    NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP FOR THE PERIOD THROUGH APRIL 30, 2009

1.     Pursuant to the Fee Procedures Order, the procedure for applying for professional fees is as follows:

a.     On or before the 15th day of each month, professionals authorized by the Fee Procedures Order seeking payment from the bankruptcy estates may submit to Debtors an invoice for fees and disbursements incurred in the previous month.  No invoice received by Debtors after the 15th day of a month shall be considered by Debtors for payment until the following month.

b.     At the same time it submits its invoice to Debtors, Professionals shall file such invoice with the Bankruptcy Court and serve it on the following parties (the "Notice Parties"):

(1)     Debtors' attorneys;

(2)     The attorneys for all committees appointed in these Chapter 11 cases, if any;

(3)     The United States Trustee; and

(4)     Any other parties requesting special notice.

c.     Any party who objects to a particular invoice shall serve upon the Notice Parties and Professionals seeking payment, on or before the 25th day of each month, a written Notice of Objection to all or part of the fees or disbursements requested in the invoice. In the event a Notice of Objection is served, Debtors shall not pay any of the fees or disbursements subject to the objection without further order of the Court.  The Debtors may pay any undisputed amounts.

d.     If no objection is filed to a particular invoice, and provided that all of Debtors' administrative expenses have been paid on a current basis, Debtors shall pay, in accordance with their normal accounts payable procedure, 80% of the fees and 100% of the disbursements requested in the invoice.

* * *

Page 3 -     NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP
             FOR THE PERIOD THROUGH APRIL 30, 2009

e.      Within 45 days after the end of each trimester (or as soon thereafter as practicable), the Court shall hold a hearing to consider the interim fee applications filed for services and disbursements incurred during the previous trimester.  At the conclusion of the hearing, the Court may allow or disallow all or any portion of the fees requested by the Professionals in its interim application.  In the event the Court awards the Professional more than the amount previously paid by Debtors under the Compensation Procedure, then Debtors shall promptly pay the additional amount in accordance with their normal accounts payable procedure. In the event the Court awards to a particular Professional less than the amount previously paid by Debtors, then the Professional shall repay to Debtors, within 10 business days after entry of the Court's order, all amounts paid by Debtors in excess of the amount allowed by the Court.

f.      Neither the payment of, nor the failure of any party to object to payment of, provisional compensation or reimbursement hereunder shall bind any party-in-interest or the Court with respect to the allowance of compensation or reimbursement, or constitute a waiver of any party's rights to later object thereto on any grounds.

2.      In this Second Fee Statement covering the period through April 30, 2009, the time and expenses incurred on these matters by Tonkon Torp LLP resulted in charges of $43,214.00 in fees and $2,066.38 in expenses, for a total of $55,280.38.  The itemized detail of the time expended and expenses incurred as required by the Fee Procedures Order is attached to this Notice.  Should no objections be filed to this statement before the 25th day of the month in

* * *

* * *

* * *

* * *

* * *

* * *

* * *

Page 4 -      NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP
             FOR THE PERIOD THROUGH APRIL 30, 2009

which it was filed and served, Debtors shall pay to Tonkon Torp the sum of $42,571.20, which is

80% of the fees expended, plus $2,066.38, which is 100% of the expenses incurred, for a total of

$44,637.58.

DATED this 15th day of May, 2009.

TONKON TORP LLP

By /s/ Albert N. Kennedy
Albert N. Kennedy, OSB No. 821429
Direct Dial:    (503) 802-2013
Facsimile:     (503) 972-3713
E-Mail:        al.kennedy@tonkon.com
Timothy J. Conway, OSB No. 851752
Direct Dial:    (503) 802-2027
Facsimile:     (503) 972-3727
E-Mail:        tim.conway@tonkon.com
**TONKON TORP** LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR  97204

Attorneys for Debtor



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435496
Matter No.  034618-00002

Stayton SW Assisted Living, L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Reorganization

<u>Costs and Expenses Detail</u>

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|---|---|---|
| 03/31/09 | Pacer Services - - Pacer Service Center | $24.88 |
| 04/01/09 | Local Messenger/Delivery - - World Courier Ground, Inc. Post Office | $22.14 |
| 04/03/09 | Postage | $81.06 |
| 04/08/09 | Postage | $43.68 |
| 04/08/09 | Postage | $193.00 |
| 04/15/09 | Postage | $5.40 |
| 04/17/09 | Postage | $225.81 |
| 04/28/09 | Postage | $15.00 |
| 04/30/09 | Copying Costs | $566.80 |
| TOTAL COSTS AND EXPENSES | | $1,177.77 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435496                                      034618-00002              Page 2

CURRENT CHARGES                                                     $1,177.77

      TRUST BALANCE                              $23,650.00

PRIOR STATEMENT BALANCE                                            $1,689.68

PLEASE PAY THIS AMOUNT                                             $2,867.45

## Statement of Account

| 04/15/09 | Invoice # | 1434556 | $1,689.68 |
|----------|-----------|---------|-----------|
| TOTAL    |           |         | $1,689.68 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435497
Matter No.  034618-04002

Stayton SW Assisted Living, L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>INIT</u> | <u>TIME</u> | <u>RATE</u> | <u>AMOUNT</u> |
|---|---|---|---|---|---|
| 04/14/09 | Draft status report (.9) | DCF | .90 | 350.00 | $315.00 |
| 04/16/09 | Prepare schedule pages as exhibits for service to added creditors of amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/20/09 | Complete review of filed schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.2); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .50 | 185.00 | $92.50 |
| 04/23/09 | Conference with Ms. Lindberg regarding importing matrix and completion of supplemental matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/23/09 | Conference with Ms. Crowther to finalize text and pdf matrix files for debtor (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435497                                    034618-04002                  Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/27/09 | Document control and organization; work on Summation database | KLB | 2.40 | 185.00 | $444.00 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix (.3); review, revise and finalize documents relating to added creditors to complete debtor's first supplemental matrix (.3) | LJL | .60 | 185.00 | $111.00 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $1,428.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.50 | 185.00 | $462.50 |
| David C. Forman | 0.90 | 350.00 | $315.00 |
| Karen L. Bachman | 2.40 | 185.00 | $444.00 |
| Laura J. Lindberg | 0.90 | 185.00 | $166.50 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 6.80 | | $1,428.00 |

CURRENT CHARGES                                       $1,428.00

PRIOR STATEMENT BALANCE                               $13,976.00

PLEASE PAY THIS AMOUNT                                $15,404.00

## Statement of Account

| 04/15/09 | Invoice # | 1434429 | $13,976.00 |
|----------|-----------|---------|------------|
| TOTAL | | | $13,976.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435498
Matter No.  034619-00002

Colonial Gardens, LLC
c/o Shirley Dunn
Hamstreet & Assocates
c/o SunWest Management
P.O. Box 3006
Salem, OR  97302-0006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $20.00 |
| 04/30/09 | Copying Costs | $13.05 |
| | TOTAL COSTS AND EXPENSES | $33.05 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $33.05 |
| TRUST BALANCE | $18,341.50 | |
| PRIOR STATEMENT BALANCE | | $1,820.08 |
| PLEASE PAY THIS AMOUNT | | $1,853.13 |

## Statement of Account

| 04/15/09 | Invoice # | 1434435 | $1,820.08 |
|----------|-----------|---------|-----------|
| TOTAL | | | $1,820.08 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435499
Matter No.  034619-04002

Colonial Gardens, LLC
c/o Shirley Dunn
Hamstreet & Assocates
c/o SunWest Management
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/08/09 | Review amended schedules from Ms. Lindsay (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/16/09 | Complete review of filed schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.7); prepare service copies of schedules for added creditors (.3) | AMC | 1.00 | 185.00 | $185.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents and use of bankruptcy software, and insert into document containing added creditors to complete first supplemental matrix (.7) | LJL | .70 | 185.00 | $129.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



### TONKON TORP LLP
#### ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435499                                              034619-04002                      Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $746.00 |

### Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.90 | 185.00 | $536.50 |
| Laura J. Lindberg | 0.70 | 185.00 | $129.50 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 3.80 | | $746.00 |

| | |
|--|--|
| CURRENT CHARGES | $746.00 |
| PRIOR STATEMENT BALANCE | $10,698.50 |
| PLEASE PAY THIS AMOUNT | $11,444.50 |

### Statement of Account

| 04/15/09 | Invoice # | 1434437 | $10,698.50 |
|----------|-----------|---------|------------|
| TOTAL | | | $10,698.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435500
Matter No.  034627-00001

Medallion Assisted Living Limited Partnership
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $24.00 |
| 04/30/09 | Copying Costs | $19.90 |
| | TOTAL COSTS AND EXPENSES | $43.90 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $43.90 |
| TRUST BALANCE | $16,185.00 | |
| PRIOR STATEMENT BALANCE | | $1,890.12 |
| PLEASE PAY THIS AMOUNT | | $1,934.02 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434442 | $1,890.12 |
| TOTAL | | | $1,890.12 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435501
Matter No. 034627-04001

Medallion Assisted Living Limited Partnership
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:    Case Administration

<u>Time Detail</u>

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/01/09 | Exchange e-mails with Ms. Riffle, creditor (.1) | L S | .10 | 450.00 | $45.00 |
| 04/10/09 | Review updated information for amended schedules prepared by Mr. Toews (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/16/09 | Prepare schedule pages as exhibits for service on creditors added to amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/17/09 | Complete review of filed schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.5); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .80 | 185.00 | $148.00 |
| 04/22/09 | Telephone conference with Mr. Hart regarding dismissal of receivership (.2) | L S | .20 | 450.00 | $90.00 |
| 04/22/09 | Review and forward to Ms. Crowther e-mails from Mr. Toews and Ms. Jones regarding revisions to schedules (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/23/09 | Review draft motion to dismiss receiver (.3); draft response to Mr. Hart regarding issues with same (.2); telephone conference with Mr. Hart regarding same (.2) | L S | .70 | 450.00 | $315.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435501                                    034627-04001                    Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix, and insert same into document containing added creditors (.3); review, revise and finalize multiple documents relating to added creditors to complete first supplemental matrix (.4) | LJL | .70 | 185.00 | $129.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Create second supplemental matrix of parties inadvertently excluded in first supplemental matrix and update corresponding spreadsheet, upload creditors to case and file LBF 728 with second supplemental matrix (.6) | LJL | .60 | 185.00 | $111.00 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review draft order dismissing receiver (.2); exchange e-mails with Ms. Robinson regarding receiver (.1) | L S | .30 | 450.00 | $135.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $1,442.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.80 | 185.00 | $518.00 |
| Laura J. Lindberg | 1.40 | 185.00 | $259.00 |
| Leon Simson | 1.30 | 450.00 | $585.00 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 5.70 | | $1,442.00 |

CURRENT CHARGES                                                $1,442.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435501                                        034627-04001                    Page 3

---

PRIOR STATEMENT BALANCE                                  $19,975.50

PLEASE PAY THIS AMOUNT                                   $21,417.50

## Statement of Account

| 04/15/09 | Invoice # | 1434444 | $19,975.50 |
|----------|-----------|---------|------------|
| TOTAL    |           |         | $19,975.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435502
Matter No.  034630-00001

Hendersonville Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-0006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $22.00 |
| 04/30/09 | Copying Costs | $2.55 |
| | TOTAL COSTS AND EXPENSES | $24.55 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $24.55 |
| TRUST BALANCE | $18,719.50 | |
| PRIOR STATEMENT BALANCE | | $1,719.28 |
| PLEASE PAY THIS AMOUNT | | <u>$1,743.83</u> |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434449 | $1,719.28 |
| TOTAL | | | $1,719.28 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435503
Matter No. 034630-04001

Hendersonville Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-0006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:    Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/08/09 | Review amended schedules from Ms. Lindsay (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/16/09 | Prepare schedule pages as exhibits for service to added creditors of amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/17/09 | Complete review of filed schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (1.0); PACER research for filed claims status (.1); telephone conference with Ms. Bridwell of Omnicare regarding correct notice address for Omnicare (.3); prepare service copies of schedules for added creditors (.3) | AMC | 1.70 | 185.00 | $314.50 |
| 04/20/09 | Review letter from ADT regarding executory contracts (.1) | L S | .10 | 450.00 | $45.00 |
| 04/20/09 | Review letter from ADT security Services regarding potential contract with Hendersonville and review schedule g, contract summary spreadsheet and e-mails to Sunwest regarding same (.5) | LJL | .50 | 185.00 | $92.50 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435503        034630-04001        Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix and insert into document containing added creditors to complete first supplemental matrix (.4) | LJL | .40 | 185.00 | $74.00 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $973.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 3.90 | 185.00 | $721.50 |
| Laura J. Lindberg | 0.90 | 185.00 | $166.50 |
| Leon Simson | 0.10 | 450.00 | $45.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 5.00 | | $973.00 |

| | |
|---|---|
| CURRENT CHARGES | $973.00 |
| PRIOR STATEMENT BALANCE | $9,353.00 |
| PLEASE PAY THIS AMOUNT | $10,326.00 |

## Statement of Account

| 04/15/09 | Invoice # | 1434451 | $9,353.00 |
|----------|-----------|---------|-----------|
| TOTAL | | | $9,353.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435504
Matter No.  034642-00001

Champlin, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|------|-------------|--------|
| 04/28/09 | Postage | $36.00 |
| 04/30/09 | Copying Costs | $32.00 |
| | TOTAL COSTS AND EXPENSES | $68.00 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $68.00 |
| TRUST BALANCE | $14,943.90 | |
| PRIOR STATEMENT BALANCE | | $179.03 |
| PLEASE PAY THIS AMOUNT | | <u>$247.03</u> |

## Statement of Account

| 04/15/09 | Invoice # | 1434454 | $179.03 |
|----------|-----------|---------|---------|
| TOTAL | | | $179.03 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435505
Matter No. 034642-04001

Champlin, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR 97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/06/09 | Review and respond to e-mail from Ms. Jones regarding potential rental with Culligan Water and e-mail to internal attorneys to confirm handling of same (.2) | LJL | .20 | 185.00 | $37.00 |
| 04/07/09 | Review voice mail regarding recent pleadings and telephone conference with precautionary creditor Commercial Floors to explain same, update creditor call log regarding same (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/08/09 | Review amended schedules from Ms. Lindsay (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/09/09 | Review updated information from Ms. Lindsay for amended schedules (.8) | AMC | .80 | 185.00 | $148.00 |
| 04/09/09 | Follow-up e-mail to Ms. Jones regarding post-petition contract question for water cooler vendor per conference with Mr. Conway (.2) | LJL | .20 | 185.00 | $37.00 |
| 04/10/09 | Review e-mail regarding ordinary course contract (.1) | L S | .10 | 450.00 | $45.00 |
| 04/14/09 | Review e-mails regarding resident refunds (.1) | L S | .10 | 450.00 | $45.00 |
| 04/14/09 | Review and forward e-mail from relative of former resident to client with request for timing of payments per refund order (.1); review voice mail from resident relative and return telephone call regarding same (.1) | LJL | .20 | 185.00 | $37.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435505                                            034642-04001                         Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/16/09 | Conference with Ms. Lindberg and revise first supplemental matrix spreadsheet to include remaining parties to be added to matrix per comparison of resident deposit backup spreadsheets from SunWest against schedules (.3); research PACER records regarding proof of claim filed for additional creditors and prepare copies of schedules to provide to added creditors (.3) | AMC | .60 | 185.00 | $111.00 |
| 04/16/09 | Conference with Ms. Crowther and revise first supplemental matrix spreadsheet to include remaining parties to be added to matrix per comparison of resident deposit backup spreadsheets from SunWest against schedules (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/20/09 | Communications with IRS and client regarding various tax issues (.2) | JKH | .20 | 225.00 | $45.00 |
| 04/22/09 | Prepare and finalize LBF 728 and text file in connection with filing supplemental matrix and conference with Ms. Lindberg regarding notice to supplemental creditors (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/22/09 | Import additional creditors to matrix and generate first supplemental matrix and LBF 728 per conference with Ms. Crowther regarding same (.5) | LJL | .50 | 185.00 | $92.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final edits to first supplemental matrix to prepare for filing (.2) | LJL | .20 | 185.00 | $37.00 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $1,214.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435505                                      034642-04001                    Page 3

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 3.20 | 185.00 | $592.00 |
| James K. Hein | 0.20 | 225.00 | $45.00 |
| Laura J. Lindberg | 2.20 | 185.00 | $407.00 |
| Leon Simson | 0.20 | 450.00 | $90.00 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 6.00 | | $1,214.00 |

| | |
|---|---|
| CURRENT CHARGES | $1,214.00 |
| PRIOR STATEMENT BALANCE | $4,212.50 |
| PLEASE PAY THIS AMOUNT | $5,426.50 |

## Statement of Account

| 04/15/09 | Invoice # | 1434455 | $4,212.50 |
|---|---|---|---|
| TOTAL | | | $4,212.50 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435506
Matter No.  034643-00001

Court at Clifton Park, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $8.00 |
| 04/30/09 | Copying Costs | $4.05 |
| TOTAL COSTS AND EXPENSES | | $12.05 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $12.05 |
| TRUST BALANCE | $15,826.05 | |
| PRIOR STATEMENT BALANCE | | $11.03 |
| PLEASE PAY THIS AMOUNT | | $23.08 |

## Statement of Account

| 04/15/09 | Invoice # | 1434459 | $11.03 |
|----------|-----------|---------|--------|
| TOTAL | | | $11.03 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435507
Matter No.  034643-04001

Court at Clifton Park, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/03/09 | Review pleadings regarding discharge of receivership (.1) | L S | .10 | 450.00 | $45.00 |
| 04/16/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts (.4); prepare service copies of schedules for added creditors (.3) | AMC | .70 | 185.00 | $129.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $344.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 1.40 | 185.00 | $259.00 |
| Leon Simson | 0.10 | 450.00 | $45.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435507                                      034643-04001              Page 2

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| TOTALS | 1.60 | | $344.00 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $344.00 |
| PRIOR STATEMENT BALANCE | | $5,180.00 |
| PLEASE PAY THIS AMOUNT | | $5,524.00 |

## Statement of Account

| 04/15/09 | Invoice # | 1434461 | $5,180.00 |
|---|---|---|---|
| TOTAL | | | $5,180.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435508
Matter No.  034644-00001

Court at Greece, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:    Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28/09 | Postage | $9.00 |
| 04/30/09 | Copying Costs | $4.50 |
| | TOTAL COSTS AND EXPENSES | $13.50 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $13.50 |
| TRUST BALANCE | $14,969.55 | |
| PRIOR STATEMENT BALANCE | | $9.03 |
| PLEASE PAY THIS AMOUNT | | $22.53 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434464 | $9.03 |
| TOTAL | | | $9.03 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435509
Matter No.  034644-04001

Court at Greece, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/03/09 | Review pleadings regarding discharge of receivership (.1) | L S | .10 | 450.00 | $45.00 |
| 04/16/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts (.4); prepare service copies of schedules for added creditors (.3) | AMC | .70 | 185.00 | $129.50 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $381.00 |

## Timekeeper Summary

| TIMEKEEPER | | TIME | RATE | AMOUNT |
|------------|--|------|------|--------|
| Anita Crowther | | 1.60 | 185.00 | $296.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435509                                      034644-04001              Page 2

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Leon Simson | 0.10 | 450.00 | $45.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 1.80 | | $381.00 |

CURRENT CHARGES                                             $381.00

PRIOR STATEMENT BALANCE                                   $5,090.00

PLEASE PAY THIS AMOUNT                                    $5,471.00

## Statement of Account

| 04/15/09 | Invoice # | 1434466 | $5,090.00 |
|---|---|---|---|
| TOTAL | | | $5,090.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435510
Matter No.  034645-00001

Court at Orchard Park, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:    Reorganization

## Costs and Expenses Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|------|-------------|--------|
| 04/28/09 | Postage | $9.00 |
| 04/30/09 | Copying Costs | $4.55 |
| | TOTAL COSTS AND EXPENSES | $13.55 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $13.55 |
| TRUST BALANCE | $14,974.05 | |
| PRIOR STATEMENT BALANCE | | $13.08 |
| PLEASE PAY THIS AMOUNT | | <u>$26.63</u> |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434469 | $13.08 |
| TOTAL | | | $13.08 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435511
Matter No.  034645-04001

Court at Orchard Park, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/16/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts (.4); prepare service copies of schedules for added creditors (.3) | AMC | .70 | 185.00 | $129.50 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $336.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 1.60 | 185.00 | $296.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 1.70 | | $336.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435511                                              034645-04001                    Page 2

CURRENT CHARGES                                                          $336.00

PRIOR STATEMENT BALANCE                                               $4,840.50

PLEASE PAY THIS AMOUNT                                                $5,176.50

## Statement of Account

04/15/09        Invoice #    1434470        $4,840.50
TOTAL                                        $4,840.50

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435512
Matter No.  034646-00001

Kearney Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

## STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:    Reorganization

### Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/26/09 | Local Messenger/Delivery - - B & L Delivery Inc. Busse & Hunt | $5.50 |
| 04/28/09 | Postage | $26.00 |
| 04/30/09 | Copying Costs | $16.40 |
| | TOTAL COSTS AND EXPENSES | $47.90 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $47.90 |
| TRUST BALANCE | $13,905.45 | |
| PRIOR STATEMENT BALANCE | | $192.87 |
| PLEASE PAY THIS AMOUNT | | $240.77 |

### Statement of Account

| 04/15/09 | Invoice # | 1434473 | $192.87 |
|----------|-----------|---------|---------|
| TOTAL | | | $192.87 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435513
Matter No.  034646-04001

Kearney Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/07/09 | Review voice mail from Omnicare pharmacy billing manager and research claim background on Nebraska debtor schedules and telephone conference with Ms. Lancaster of Omnicare regarding same (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/13/09 | Review voice mail from and return telephone call to relative of former resident regarding order (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/16/09 | Prepare schedule pages as exhibits for service to added creditors of amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/17/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.5); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .80 | 185.00 | $148.00 |
| 04/17/09 | E-mail correspondence, conference with Ms. Crowther regarding handling of resident deposit information discrepancy (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/20/09 | Review and organize amended schedule information from Ms. Lindsay (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/20/09 | Review creditor voice mail and return telephone call to RestorCo with details of scheduled claim (.2) | LJL | .20 | 185.00 | $37.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435513                              034646-04001                    Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents, and insert same into document containing added creditors to complete first supplemental matrix (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $687.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 2.70 | 185.00 | $499.50 |
| Laura J. Lindberg | 0.80 | 185.00 | $148.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 3.60 | | $687.50 |

CURRENT CHARGES                                          $687.50

PRIOR STATEMENT BALANCE                                  $1,857.50

PLEASE PAY THIS AMOUNT                                   $2,545.00

## Statement of Account

| 04/15/09 | Invoice # | 1434474 | $1,857.50 |
|---|---|---|---|
| TOTAL | | | $1,857.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435514
Matter No.  034647-00001

Mc Cook Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $29.00 |
| 04/30/09 | Copying Costs | $15.25 |
| | TOTAL COSTS AND EXPENSES | $44.25 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $44.25 |
| TRUST BALANCE | $15,322.30 | |
| PRIOR STATEMENT BALANCE | | $166.08 |
| PLEASE PAY THIS AMOUNT | | $210.33 |

## Statement of Account

| 04/15/09 | Invoice # | 1434477 | $166.08 |
|----------|-----------|---------|---------|
| TOTAL | | | $166.08 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435515
Matter No. 034647-04001

Mc Cook Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/07/09 | Review voice mail from Omnicare pharmacy billing manager and research claim background on Nebraska debtor schedules and telephone conference with Ms. Lancaster of Omnicare regarding same (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/08/09 | Review amended schedules from Ms. Lindsay (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/16/09 | Prepare schedule pages as exhibits for service to added creditors of amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/16/09 | Review and respond to e-mail from Ms. White regarding continued difficulties with McCook utility Source Gas and disconnect notice received in violation of stay, e-mail to Mr. Conway regarding same (.2) | LJL | .20 | 185.00 | $37.00 |
| 04/17/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.5); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .80 | 185.00 | $148.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435515                                      034647-04001                      Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/17/09 | Review response e-mail from Mr. Conway regarding Source Gas utility disconnect notice and telephone conferences with Source Gas, review background paperwork to obtain proper noticing information, draft fax cover, e-mails with Ms. White regarding same (.9); conference with Mr. Conway regarding same (.1) | LJL | 1.00 | 185.00 | $185.00 |
| 04/17/09 | Review multiple correspondence and issues regarding utility deposits (.3); review orders and notices and draft demand letter (.5) | TJC | .80 | 400.00 | $320.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents, and insert same into document containing added creditors to complete first supplemental matrix (.4) | LJL | .40 | 185.00 | $74.00 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final edits to first supplemental matrix to prepare for filing (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $1,288.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 3.00 | 185.00 | $555.00 |
| Laura J. Lindberg | 1.80 | 185.00 | $333.00 |
| Timothy J. Conway | 1.00 | 400.00 | $400.00 |
| TOTALS | 5.80 | | $1,288.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435515                                   034647-04001          Page 3

| | |
|---|---|
| CURRENT CHARGES | $1,288.00 |
| PRIOR STATEMENT BALANCE | $2,097.00 |
| PLEASE PAY THIS AMOUNT | $3,385.00 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434478 | $2,097.00 |
| TOTAL | | | $2,097.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435516
Matter No.  034648-00001

Montclair Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $37.00 |
| 04/30/09 | Copying Costs | $24.45 |
| | TOTAL COSTS AND EXPENSES | $61.45 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $61.45 |
| TRUST BALANCE | $15,475.90 | |
| PRIOR STATEMENT BALANCE | | $162.88 |
| PLEASE PAY THIS AMOUNT | | $224.33 |

## Statement of Account

| 04/15/09 | Invoice # | 1434481 | $162.88 |
|----------|-----------|---------|---------|
| TOTAL | | | $162.88 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435517
Matter No.  034648-04001

Montclair Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/16/09 | Prepare schedule pages as exhibits for service to added creditors of amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/17/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.5); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .80 | 185.00 | $148.00 |
| 04/20/09 | Review and organize amended schedule information from Ms. Lindsay (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of various background documents, and conference with Ms. Crowther regarding pending portion of added creditors (.3); perform additional edits to supplemental matrix (.2) | LJL | .50 | 185.00 | $92.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435517                                  034648-04001          Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final edits to first supplemental matrix to prepare for filing (.2) | LJL | .20 | 185.00 | $37.00 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $709.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.70 | 185.00 | $499.50 |
| Laura J. Lindberg | 0.70 | 185.00 | $129.50 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 3.60 | | $709.00 |

| | |
|---|---|
| CURRENT CHARGES | $709.00 |
| PRIOR STATEMENT BALANCE | $2,115.50 |
| PLEASE PAY THIS AMOUNT | $2,824.50 |

## Statement of Account

| 04/15/09 | Invoice # | 1434482 | $2,115.50 |
|----------|-----------|---------|-----------|
| TOTAL | | | $2,115.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435518
Matter No.  034649-00001

Sanddollar Court Memory Care, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/09 | Local Messenger/Delivery - - B & L Delivery Inc. University P.O. | $8.00 |
| 04/28/09 | Postage | $32.00 |
| 04/30/09 | Copying Costs | $22.15 |
| | TOTAL COSTS AND EXPENSES | $62.15 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $62.15 |
| TRUST BALANCE | $15,185.25 | |
| PRIOR STATEMENT BALANCE | | $134.34 |
| PLEASE PAY THIS AMOUNT | | $196.49 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434485 | $134.34 |
| TOTAL | | | $134.34 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435519
Matter No.  034649-04001

Sanddollar Court Memory Care, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/16/09 | Prepare schedule pages as exhibits for service to added creditors of amended matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/17/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.5); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .80 | 185.00 | $148.00 |
| 04/20/09 | Review and organize amended schedule information from Ms. Lindsay (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/23/09 | Review e-mail from Ms. White and telephone conference with Time Warner Cable representatives regarding past due notices received in violation of utility order and response e-mail to Ms. White regarding same (.4) | LJL | .40 | 185.00 | $74.00 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435519                                   034649-04001                    Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents, and revise and finalize multiple documents relating to added creditors to complete debtor's first supplemental matrix and related text file (.5) | LJL | .50 | 185.00 | $92.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final edits to first supplemental matrix to prepare for filing (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $709.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.40 | 185.00 | $444.00 |
| Laura J. Lindberg | 1.00 | 185.00 | $185.00 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 3.60 | | $709.00 |

| | |
|---|---|
| CURRENT CHARGES | $709.00 |
| PRIOR STATEMENT BALANCE | $2,188.50 |
| PLEASE PAY THIS AMOUNT | $2,897.50 |

## Statement of Account

| 04/15/09 | Invoice # | 1434486 | $2,188.50 |
|----------|-----------|---------|-----------|
| TOTAL | | | $2,188.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435520
Matter No.  034650-00001

Seward Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $37.00 |
| 04/30/09 | Copying Costs | $26.20 |
| | TOTAL COSTS AND EXPENSES | $63.20 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $63.20 |
| TRUST BALANCE | $14,631.55 | |
| PRIOR STATEMENT BALANCE | | $170.58 |
| PLEASE PAY THIS AMOUNT | | $233.78 |

## Statement of Account

| 04/15/09 | Invoice # | 1434490 | $170.58 |
|----------|-----------|---------|---------|
| TOTAL | | | $170.58 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



## TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435521
Matter No.  034650-04001

Seward Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/07/09 | Review voice mail from Omnicare pharmacy billing manager and research claim background on Nebraska debtor schedules and telephone conference with Ms. Lancaster of Omnicare regarding same (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/09/09 | Review updated information from Ms. Lindsay for amended schedules (.8) | AMC | .80 | 185.00 | $148.00 |
| 04/24/09 | Review incorrect addresses on Schedule F and identify correct addresses through website research (.6); revise and finalize matrix, import into Best Case and finalize form LBF 728 (.5) | AMC | 1.10 | 185.00 | $203.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents (.3); review, revise and finalize multiple background documents relating to added creditors and assemble both added and deleted files to complete debtor's first supplemental matrix (.8) | LJL | 1.10 | 185.00 | $203.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $761.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435521                                    034650-04001                    Page 2

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 2.70 | 185.00 | $499.50 |
| Laura J. Lindberg | 1.20 | 185.00 | $222.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 4.00 | | $761.50 |

| | |
|---|---|
| CURRENT CHARGES | $761.50 |
| PRIOR STATEMENT BALANCE | $1,696.50 |
| PLEASE PAY THIS AMOUNT | $2,458.00 |

## Statement of Account

| 04/15/09 | Invoice # | 1434491 | $1,696.50 |
|---|---|---|---|
| TOTAL | | | $1,696.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435522
Matter No.  034652-00001

Vancouver Care, L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $34.00 |
| 04/30/09 | Copying Costs | $23.50 |
| | TOTAL COSTS AND EXPENSES | $57.50 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $57.50 |
| | TRUST BALANCE | $13,660.25 |
| PRIOR STATEMENT BALANCE | | $350.79 |
| PLEASE PAY THIS AMOUNT | | $408.29 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434494 | $350.79 |
| TOTAL | | | $350.79 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435524
Matter No.  034652-04001

Vancouver Care, L.L.C.
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/20/09 | Complete review of schedules versus matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.3); PACER research for filed claims status (.2); prepare service copies of schedules for added creditors (.3) | AMC | .80 | 185.00 | $148.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of background documents (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Telephone conference with creditor Qwest regarding bankruptcy case number and informing creditor of addresses used initially for service of notice of bankruptcy for Stonebridge facility (.1); final edits to first supplemental matrix for filing (.1) | LJL | .20 | 185.00 | $37.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435524                                    034652-04001              Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $539.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 2.20 | 185.00 | $407.00 |
| Laura J. Lindberg | 0.50 | 185.00 | $92.50 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 2.80 | | $539.50 |

CURRENT CHARGES                                          $539.50

PRIOR STATEMENT BALANCE                              $5,284.50

PLEASE PAY THIS AMOUNT                               $5,824.00

## Statement of Account

| 04/15/09 | Invoice # | 1434495 | $5,284.50 |
|---|---|---|---|
| TOTAL | | | $5,284.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435526
Matter No.  034653-00001

Vegas Assisted Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:    Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $31.00 |
| 04/30/09 | Copying Costs | $25.00 |
| | TOTAL COSTS AND EXPENSES | $56.00 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $56.00 |
| TRUST BALANCE | $9,556.40 | |
| PRIOR STATEMENT BALANCE | | $411.48 |
| PLEASE PAY THIS AMOUNT | | $467.48 |

## Statement of Account

| 04/15/09 | Invoice # | 1434500 | $411.48 |
|----------|-----------|---------|---------|
| TOTAL | | | $411.48 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435528
Matter No.  034653-04001

Vegas Assisted Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/02/09 | Exchange e-mails with Mr. Rundell regarding sale of property (.1) | L S | .10 | 450.00 | $45.00 |
| 04/02/09 | Telephone conference with creditor regarding resident refund matters (.2) | TJC | .20 | 400.00 | $80.00 |
| 04/03/09 | Telephone call from and correspondence to Ms. Hedrick (.1); correspondence from Ms. Hedrick (.1); review motion for withdrawal of reference (.1) | TJC | .30 | 400.00 | $120.00 |
| 04/08/09 | Research potential resident refund change of address and response e-mail to Mr. Conway and Ms. Kennedy regarding precautionary resident listing, change internal files to reflect same (.4) | LJL | .40 | 185.00 | $74.00 |
| 04/16/09 | Review e-mails regarding forms for employment of broker (.2); telephone conference with Mr. Pardoll regarding issues with listing (.2) | L S | .40 | 450.00 | $180.00 |
| 04/17/09 | Review and organize amended schedules from Jessica Lindsay and add creditors over $5,000 to master spreadsheet (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/20/09 | Complete review of filed schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.3); PACER research for filed claims status (.2); prepare service copies of schedules for added creditors (.3) | AMC | .80 | 185.00 | $148.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435528                                    034653-04001                    Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/20/09 | Telephone conference with Mr. Rundell regarding employment of broker (.2); draft e-mail regarding employment of broker (.1); review additional e-mails regarding same (.2) | L S | .50 | 450.00 | $225.00 |
| 04/21/09 | Exchange e-mails with Mr. Pardoll regarding listing agreement (.1); review e-mail from Mr. Rundell regarding same (.1); exchange e-mails with Mr. Harmon regarding listing agreement (.2) | L S | .40 | 450.00 | $180.00 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Create supplemental matrix of creditors requesting to be deleted from debtor's matrix per review of various background documents and use of bankruptcy software, and insert same into document containing added creditors in order to complete debtor's first supplemental matrix (.4) | LJL | .40 | 185.00 | $74.00 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $1,502.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.40 | 185.00 | $444.00 |
| Laura J. Lindberg | 0.80 | 185.00 | $148.00 |
| Leon Simson | 1.40 | 450.00 | $630.00 |
| Timothy J. Conway | 0.70 | 400.00 | $280.00 |
| TOTALS | 5.30 | | $1,502.00 |

CURRENT CHARGES                                      $1,502.00

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435528                                      034653-04001                    Page 3

PRIOR STATEMENT BALANCE                                              $5,273.00

PLEASE PAY THIS AMOUNT                                               $6,775.00

Statement of Account

04/15/09        Invoice #    1434503        $5,273.00
TOTAL                                       $5,273.00

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435523
Matter No.  034654-00001

Village at Greece, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $7.00 |
| 04/30/09 | Copying Costs | $10.20 |
| | TOTAL COSTS AND EXPENSES | $17.20 |

CURRENT CHARGES                                    $17.20

        TRUST BALANCE                    $16,139.50

PLEASE PAY THIS AMOUNT                              $17.20

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.


**TONKON TORP**LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435525
Matter No.  034654-04001

Village at Greece, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/20/09 | Complete review of schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts (.2); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .50 | 185.00 | $92.50 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $299.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 1.40 | 185.00 | $259.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435525                                    034654-04001                    Page 2

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| TOTALS | 1.50 | | $299.00 |

CURRENT CHARGES                                          $299.00

PRIOR STATEMENT BALANCE                              $4,830.03

PLEASE PAY THIS AMOUNT                               $5,129.03

## Statement of Account

| 04/15/09 | Invoice # | 1434507 | $4,830.03 |
|---|---|---|---|
| TOTAL | | | $4,830.03 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435527
Matter No.  034655-00001

Wayne Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $30.00 |
| 04/30/09 | Copying Costs | $15.60 |
| | TOTAL COSTS AND EXPENSES | $45.60 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $45.60 |
| TRUST BALANCE | $14,056.60 | |
| PRIOR STATEMENT BALANCE | | $177.59 |
| PLEASE PAY THIS AMOUNT | | $223.19 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434508 | $177.59 |
| TOTAL | | | $177.59 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435529
Matter No.  034655-04001

Wayne Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/07/09 | Review voice mail from Omnicare pharmacy billing manager and research claim background on Nebraska debtor schedules and telephone conference with Ms. Lancaster of Omnicare regarding same (.1) | LJL | .10 | 185.00 | $18.50 |
| 04/20/09 | Complete review of filed schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.3); PACER research for filed claims status (.2); prepare service copies of schedules for added creditors (.3) | AMC | .80 | 185.00 | $148.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/28/09 | Review, revise and finalize multiple documents relating to added creditors to complete first supplemental matrix and related text file for filing (.2) | LJL | .20 | 185.00 | $37.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435529                                    034655-04001                Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/29/09 | Telephone conference with HD Supply, creditor (.1) | L S | .10 | 450.00 | $45.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $587.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.20 | 185.00 | $407.00 |
| Laura J. Lindberg | 0.30 | 185.00 | $55.50 |
| Leon Simson | 0.10 | 450.00 | $45.00 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 2.80 | | $587.50 |

| | |
|---|---|
| CURRENT CHARGES | $587.50 |
| PRIOR STATEMENT BALANCE | $1,982.50 |
| PLEASE PAY THIS AMOUNT | $2,570.00 |

## Statement of Account

| 04/15/09 | Invoice # | 1434509 | $1,982.50 |
|----------|-----------|---------|-----------|
| TOTAL | | | $1,982.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435530
Matter No.  034656-00001

W-E Specialized Care, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

<u>STATEMENT FOR PERIOD THROUGH 4/30/09</u>

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| <u>DATE</u> | <u>DESCRIPTION</u> | <u>AMOUNT</u> |
|------|------|--------|
| 04/28/09 | Postage | $42.00 |
| 04/30/09 | Copying Costs | $28.30 |
|  | TOTAL COSTS AND EXPENSES | $70.30 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $70.30 |
| TRUST BALANCE | $13,112.80 | |
| PRIOR STATEMENT BALANCE | | $232.72 |
| PLEASE PAY THIS AMOUNT | | $303.02 |

## Statement of Account

| 04/15/09 | Invoice #   1434512 | $232.72 |
|------|------|--------|
| TOTAL | | $232.72 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435531
Matter No.  034656-04001

W-E Specialized Care, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/10/09 | Review and respond to e-mail from former resident (.2) | LJL | .20 | 185.00 | $37.00 |
| 04/20/09 | Review and organize amended schedule information from Ms. Lindsay (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/20/09 | Complete review of filed schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.3); PACER research for filed claims status (.2); prepare service copies of schedules for added creditors (.3) | AMC | .80 | 185.00 | $148.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letters to added and deleted creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435531                                    034656-04001                Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/28/09 | Create supplemental matrix of creditors requesting to be deleted from matrix per review of various background documents, and revise and finalize multiple documents relating to added creditors to complete first supplemental matrix (.7) | LJL | .70 | 185.00 | $129.50 |
| 04/28/09 | Review issues regarding amendment to schedules and matrix (.1) | TJC | .10 | 400.00 | $40.00 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $690.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 2.40 | 185.00 | $444.00 |
| Laura J. Lindberg | 0.90 | 185.00 | $166.50 |
| Timothy J. Conway | 0.20 | 400.00 | $80.00 |
| TOTALS | 3.50 | | $690.50 |

CURRENT CHARGES                                          $690.50

PRIOR STATEMENT BALANCE                                  $2,163.50

PLEASE PAY THIS AMOUNT                                   $2,854.00

## Statement of Account

| 04/15/09 | Invoice # | 1434514 | $2,163.50 |
|----------|-----------|---------|-----------|
| TOTAL | | | $2,163.50 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435532
Matter No. 034657-00001

St. George Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Reorganization

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/09 | Postage | $33.00 |
| 04/30/09 | Copying Costs | $16.75 |
| | TOTAL COSTS AND EXPENSES | $49.75 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $49.75 |
| TRUST BALANCE | $15,337.65 | |
| PRIOR STATEMENT BALANCE | | $5.70 |
| PLEASE PAY THIS AMOUNT | | $55.45 |

## Statement of Account

| | | | |
|---|---|---|---|
| 04/15/09 | Invoice # | 1434517 | $5.70 |
| TOTAL | | | $5.70 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435533
Matter No.  034657-04001

St. George Senior Living, LLC
c/o Shirley Dunn
Hamstreet & Associates
c/o SunWest Management, Inc.
P.O. Box 3006
Salem, OR  97302-00006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/17/09 | Complete review of schedules vs. matrix addresses, identify creditors to add to amended matrix, including Securities & Exchange Commission contacts, and confirm resident deposits per spreadsheet from Ms. Clark (.5); PACER research for filed claims status (.1); prepare service copies of schedules for added creditors (.2) | AMC | .80 | 185.00 | $148.00 |
| 04/20/09 | Review and organize amended schedule information from Ms. Lindsay (.2) | AMC | .20 | 185.00 | $37.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/24/09 | Import matrix into Best Case and finalize form LBF 728 (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/27/09 | Prepare letter to added creditors and additional preparation to file first supplemental matrix (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/28/09 | Final matrix review and organization of letter and exhibits to creditors and interested parties (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/30/09 | Review monthly financial report (.1) | TJC | .10 | 400.00 | $40.00 |
| TOTAL FEES | | | | | $484.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435533                                      034657-04001                   Page 2

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Anita Crowther | 2.40 | 185.00 | $444.00 |
| Timothy J. Conway | 0.10 | 400.00 | $40.00 |
| TOTALS | 2.50 | | $484.00 |

| | |
|---|---|
| CURRENT CHARGES | $484.00 |
| PRIOR STATEMENT BALANCE | $2,725.17 |
| PLEASE PAY THIS AMOUNT | $3,209.17 |

## Statement of Account

| 04/15/09 | Invoice # | 1434518 | $2,725.17 |
|---|---|---|---|
| TOTAL | | | $2,725.17 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435534
Matter No. 034675-00001

Column Financial 20
c/o SunWest Management, Inc.
Attn: Curtis Brody
P.O. Box 3006
Salem, OR 97302-3006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED: General

## Costs and Expenses Detail

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/31/09 | Pacer Services - - Pacer Service Center | $72.80 |
| 04/28/09 | Postage | $30.21 |
| 04/30/09 | Copying Costs | $1.70 |
| | TOTAL COSTS AND EXPENSES | $104.71 |

| | |
|---|---|
| CURRENT CHARGES | $104.71 |
| PRIOR STATEMENT BALANCE | $11,618.37 |
| PLEASE PAY THIS AMOUNT | $11,723.08 |

## Statement of Account

| 04/15/09 | Invoice # | 1434557 | $11,618.37 |
|----------|-----------|---------|------------|
| TOTAL | | | $11,618.37 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435535
Matter No. 034675-04001

Column Financial 20
c/o SunWest Management, Inc.
Attn: Curtis Brody
P.O. Box 3006
Salem, OR 97302-3006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Case Administration

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/01/09 | Review e-mails regarding adequate protection payments (.2); review letter from Mr. Taylor to Judge Tripp (.1); strategy conference to develop exit plan in view of SEC receivership (.5) | L S | .80 | 450.00 | $360.00 |
| 04/01/09 | Correspondence from and to Mr. Rundell regarding resident refund issues (.2) | TJC | .20 | 400.00 | $80.00 |
| 04/02/09 | Review and analyze restructuring issues (1.5); team meeting regarding same (1.0) | DCF | 2.50 | 350.00 | $875.00 |
| 04/02/09 | Draft motion for leave to allow telephonic testimony of Paul Rundell (.3) | N C | .30 | 90.00 | $27.00 |
| 04/02/09 | Multiple correspondence with Mr. Rundell regarding resident refund issues and telephone conferences regarding same (.3); review and revise motion to allow telephone testimony (.2) | TJC | .50 | 400.00 | $200.00 |
| 04/03/09 | Review series of communications concerning extension of exclusivity period, withdrawal of reference and continued use of cash collateral (.4) | ANK | .40 | 450.00 | $180.00 |
| 04/03/09 | Review notice of transfer to district court (.1); telephone conference with Ms. Attanasio regarding cash collateral and related issues (.3) | L S | .40 | 450.00 | $180.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                   034675-04001                Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/03/09 | Telephone conferences with court and multiple correspondence and telephone conferences with client regarding telephonic testimony (.2); review and draft correspondence regarding 2015 reporting issues and concerns (.3); telephone conference and correspondence regarding exclusivity objection (.1); review motion to withdraw reference (.1); telephone conference with Mr. Field regarding SEC's motion, plan, and other case issues (.3) | TJC | 1.00 | 400.00 | $400.00 |
| 04/06/09 | Review orders entered in consolidated case and create status spreadsheet identifying expiration dates (1.2) | AMC | 1.20 | 185.00 | $222.00 |
| 04/06/09 | Review and analyze case proceedings (.5); review cash collateral issues (.8); prepare initial documents and stipulated order with respect to use of cash collateral (1.4) | DCF | 2.70 | 350.00 | $945.00 |
| 04/06/09 | Attend hearing on resident refunds (.6) | JKH | .60 | 225.00 | $135.00 |
| 04/06/09 | Review Columbia Pacific's letter to Judge Hogan (.1); review amended motion to withdraw reference (.5) | L S | .60 | 450.00 | $270.00 |
| 04/06/09 | Extended review and organization of e-mail relating to CS-20 debtors including electronic organization of pleadings filed during week prior and conference with Ms. Kennedy regarding same (2.9) | LJL | 2.90 | 185.00 | $536.50 |
| 04/06/09 | Review and organize e-mail relating to debtor including electronic organization of pleadings filed during prior week and forward utility order to Ms. White for reference (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/06/09 | Correspondence from Mr. Scharff (.1); review proposed statement of duties of patient care ombudsman (.3); prepare for and attend hearing on resident refund issues (.3); telephone call to and correspondence from Mr. Rundell (.1) | TJC | .80 | 400.00 | $320.00 |
| 04/07/09 | Finalize spreadsheet of orders entered and expiration dates (.8) | AMC | .80 | 185.00 | $148.00 |
| 04/07/09 | Review and analyze case matters (.4); draft and revise stipulated order with respect to cash collateral (1.8) | DCF | 2.20 | 350.00 | $770.00 |
| 04/07/09 | Draft e-mail to Ms. Attanasio regarding cash collateral (.2) | L S | .20 | 450.00 | $90.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

| Invoice # 1435535 | | 034675-04001 | | Page 3 |
|---|---|---|---|---|

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/07/09 | Working file review and organization to assess current priorities and future projects, and review recent hearing proceeding records, and compare with internal docket reports to update calendaring regarding same (1.4); review and organize e-mail and pleadings (.2); review e-mail from Ms. White regarding billing and payment questions and return voice mail (.2) | LJL | 1.80 | 185.00 | $333.00 |
| 04/07/09 | Telephone call from court (.1); draft and revise notice of hearings on lease and plan exclusivity extensions (.2) | TJC | .30 | 400.00 | $120.00 |
| 04/08/09 | Communicate with lender of counsel (.3); finalize draft cash collateral order (.7); review and analyze bankruptcy matters and case issues (1.6) | DCF | 2.60 | 350.00 | $910.00 |
| 04/08/09 | Draft e-mail regarding Judge Hogan's order (.1); review e-mail from Ms. Mackey regarding questions about balance sheet (.1) | L S | .20 | 450.00 | $90.00 |
| 04/08/09 | E-mail to Ms. Crowther forwarding amended schedule spreadsheets from Sunwest with instructions for handling same (.5); telephone conference with Ms. White regarding issues surrounding mobile telephone contracts (.2); telephone conference with Ms. Jones regarding SEC motion to withdraw reference of bankruptcy case to U.S. District Court and forward pleadings relating to same (.2); review and revise mailing labels for service of CS-20 resident refund order on affected former residents, conference with Ms. Kennedy regarding same, and forward order to Ms. Clark (1.7) | LJL | 2.60 | 185.00 | $481.00 |
| 04/08/09 | Review and revise notices of hearings on motions (.2) | TJC | .20 | 400.00 | $80.00 |
| 04/09/09 | Update consolidated spreadsheet identifying all CS-20 creditors over $5,000 (1.5) | AMC | 1.50 | 185.00 | $277.50 |
| 04/09/09 | Review, analyze and follow up on bankruptcy and case matters (1.9) | DCF | 1.90 | 350.00 | $665.00 |
| 04/09/09 | Analyze document request status (.5); telephone call from Mr. Hutchinson and Ms. Attanasio regarding same (.5); review Column Financial objection to 2004 exam (.5) | J C | 1.50 | 375.00 | $562.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                    034675-04001                    Page 4

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/09/09 | Review e-mails regarding scope of PCO's duties (.1); review and revise stipulated order authorizing use of cash collateral (.5); conference with Mr. Forman regarding same (.1); review Columbia Pacific's objection to Rule 2004 production requests (.4) | L S | 1.10 | 450.00 | $495.00 |
| 04/09/09 | Review and organize e-mails regarding CS-20 debtors including electronic organization of pleadings, docketing review, and note upcoming case deadlines (.4); update consolidated CS-20 resident refund spreadsheet with recent address changes per comparison with master HIPPA spreadsheet, prepare and forward to Ms. Petersen and Ms. Clark spreadsheet and mailing labels to assist with mailing of checks per entered order (.7); continued review and organization of voluminous working papers relating to CS-20 debtors and analysis of upcoming projects and priorities (.8); review and respond to e-mail from Ms. White regarding utility issues (.2); response e-mail to Ms. Bruck and Ms. Aydelott regarding post-petition contract question per conference with Mr. Conway (.1) | LJL | 2.20 | 185.00 | $407.00 |
| 04/09/09 | Prepare certificate of service of order authorizing debtors to honor prepetition refund obligations to residents pursuant to court's notice to serve documents (.3) | N C | .30 | 90.00 | $27.00 |
| 04/10/09 | Review spreadsheets from Mr. Toews and update spreadsheet with additional creditors over $5,000 (.8) | AMC | .80 | 185.00 | $148.00 |
| 04/10/09 | Follow up on case matters (1.3) | DCF | 1.30 | 350.00 | $455.00 |
| 04/10/09 | Analyze response to objections to 2004 exam (.7) | J C | .70 | 375.00 | $262.50 |
| 04/10/09 | Conference regarding withdrawal of reference (.4); draft e-mail to Ms. Attanasio regarding same (.1) | L S | .50 | 450.00 | $225.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535      034675-04001      Page 5

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/10/09 | Retrieve and forward notices of bankruptcy and petitions of all CS-20 debtors to Ms. Bruck and Mr. Wettlaufer as requested and create extended e-mail group, forward Sunwest-affiliated bankruptcy summary chart to Sunwest, Hamstreet & Associates, KCC and attorneys for reference (1.6); review and respond to additional e-mail from Ms. Aydelott regarding post-petition debtor-in-possession contracts (.2); review and organize e-mail relating to CS-20 debtors including electronic organization of pleadings (.2) | LJL | 2.00 | 185.00 | $370.00 |
| 04/10/09 | Telephone call from Cigna representative regarding bankruptcy notices (.1); search database and e-mail to Jessica Stayton with list of debtors/entity table (.1); follow-up e-mails with Cigna representative (.1); prepare change of address forms and letter to creditor (.2) | N C | .50 | 90.00 | $45.00 |
| 04/13/09 | Review Spring Pointe status report (.2); review and revise CS 19 status report (.3) | ANK | .50 | 450.00 | $225.00 |
| 04/13/09 | Communicate with lender's counsel (.3); follow up on loan issues (.8); review and analyze case issues (1.3); draft status report (1.2) | DCF | 3.60 | 350.00 | $1,260.00 |
| 04/13/09 | Telephone call from Ms. Attanasio and Mr. Hutchinson regarding document production and hearing concerning 2004 examination (.4) | J C | .40 | 375.00 | $150.00 |
| 04/13/09 | Exchange e-mails with Ms. Attanasio (.1); review e-mail from Ms. Chamberlain regarding 2004 exam (.1); telephone conference with Ms. Attanasio and Mr. Hutchinson regarding status of cases, including withdrawal of reference (.6); attend meeting to discuss strategy for plan in view of SEC action (1.5) | L S | 2.30 | 450.00 | $1,035.00 |
| 04/13/09 | Review and revise status report for federal district court (.5) | TJC | .50 | 400.00 | $200.00 |
| 04/13/09 | Work on status report (.3) | TJC | .30 | 400.00 | $120.00 |
| 04/14/09 | Prepare for court and attend hearing regarding 2004 examination (.8) | J C | .80 | 375.00 | $300.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                            034675-04001                 Page 6

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/14/09 | Review Spring Pointe's status report (.2); review Stayton's draft status report (.3); conference with Mr. Forman regarding revisions to status report (.4); review e-mail regarding discovery issues with lender (.1); review revised status report for Judge Hogan (.1); review CRO report (.1) | L S | 1.20 | 450.00 | $540.00 |
| 04/14/09 | Review, respond to additional e-mails from Hamstreet & Associates and Sunwest staff regarding resident refund payments to be made to Stayton consolidated debtors and timing of same (.3) | LJL | .30 | 185.00 | $55.50 |
| 04/14/09 | Telephone conference with court and lender, at lender's request, regarding mediation issues (.5) | TJC | .50 | 400.00 | $200.00 |
| 04/14/09 | Review and revise status report for district court (1.1) | TJC | 1.10 | 400.00 | $440.00 |
| 04/15/09 | Identify creditors on schedules to include on amended matrix and prepare pages of schedules in support of service of LBF 728 (3.0) | AMC | 3.00 | 185.00 | $555.00 |
| 04/15/09 | Communicate with Spring Pointe counsel regarding cash collateral (.2); follow up on cash collateral issues (.3) | DCF | .50 | 350.00 | $175.00 |
| 04/15/09 | Conference with Mr. Conway regarding Column Financial motion (.2); review status report (.4) | J C | .60 | 375.00 | $225.00 |
| 04/15/09 | Review Columbia Pacific's status report (.2); review e-mail from Mr. Niedermeyer regarding management fees (.1) | L S | .30 | 450.00 | $135.00 |
| 04/15/09 | Working paper organization, review recent hearing proceeding records and compare with docket reports, review and organize e-mails and pleadings (1.7); review and respond to e-mail from Ms. Aydelott regarding receivership information needed and follow-up e-mail correspondence attaching applicable documents (.7) | LJL | 2.40 | 185.00 | $444.00 |
| 04/15/09 | Telephone call from Mr. Chappel (.1); telephone conference with Mr. Zaro (.4); telephone conference with court regarding potential mediation (.6); review and revise notice of rescheduled hearing (.1); review objection to withdrawal of reference by secured lender (.3); review affidavit (.1) | TJC | 1.60 | 400.00 | $640.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                      034675-04001                    Page 7

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/16/09 | Conference with Ms. Lindberg regarding pending issues to complete first supplemental matrix for each Stayton consolidated debtor per schedules, including discussion of treatment of resident security deposits and additional parties of interest requiring notice per SEC litigation against Sunwest (1.0) | AMC | 1.00 | 185.00 | $185.00 |
| 04/16/09 | Conference with Mr. Hamstreet regarding course of action concerning settlement of bank claims, including requests for mediation (.8); review pleadings filed by Mr. Field regarding status report and motion to withdraw reference (.3) | ANK | 1.10 | 450.00 | $495.00 |
| 04/16/09 | Follow up on case matters and issues (1.4) | DCF | 1.40 | 350.00 | $490.00 |
| 04/16/09 | Review Columbia Pacific's objection to withdrawal of reference (.4) | L S | .40 | 450.00 | $180.00 |
| 04/16/09 | Review spreadsheet from Ms. Crowther detailing pending CS-20 resident refund discrepancies per review of schedules against revised backup provided by Ms. Clark (.3); review mail from multiple creditors requesting deletion from matrix in various CS-20 cases, review and revise address change summary chart per comparisons, revise master HIPPA resident spreadsheet and mailing labels regarding same (2.2); review and respond to e-mails from Ms. Clark to clarify scope of resident refund payments to be made (.2); conference with Ms. Crowther regarding pending issues to complete first supplemental matrix for each Stayton consolidated debtor, including discussion of treatment of resident security deposits and additional parties of interest requiring notice per SEC litigation against Sunwest (1.0); e-mails and conference with Ms. Miller regarding investor home states for debtors and e-mail correspondence with Ms. Hurd regarding various document protocol issues (.4) | LJL | 4.10 | 185.00 | $758.50 |
| 04/17/09 | Continued analysis of course of action relating to resolution of issues with bank and dismissal of case (1.4) | ANK | 1.40 | 450.00 | $630.00 |
| 04/17/09 | Review and analyze case issues (.3); follow up on information requests (.2); review case materials and reports (2.0) | DCF | 2.50 | 350.00 | $875.00 |

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH
WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS
RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9%
PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES
UNPAID AFTER 30 DAYS.


## TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                    034675-04001                Page 8

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/17/09 | Analyze issues and information needed for possible mediation with lender (.9); conference with Ms. Dunn regarding issues relating to net operating income calculations (.4); review e-mail regarding mediation (.1) | L S | 1.40 | 450.00 | $630.00 |
| 04/17/09 | Review, analyze and organize first supplemental matrix and future amended schedules for CS-20 debtors, conference with Mr. Conway, e-mail correspondence with Ms. Jones and Ms. Crowther regarding issues surrounding same (1.7); review Schedule Gs of 19 consolidated debtors and create consolidated spreadsheet to show any real property-related contracts, forward same to Sunwest primary contacts to inquire, confirm whether any additional nonresidential real property leases with debtors for upcoming hearing (.5); review and organize pleadings, and e-mails with Mr. Hoover regarding same (.2) | LJL | 2.40 | 185.00 | $444.00 |
| 04/17/09 | Analyze issues regarding next steps and course of action (1.5) | TJC | 1.50 | 400.00 | $600.00 |
| 04/20/09 | Continue work on supplemental matrix (2.0) | AMC | 2.00 | 185.00 | $370.00 |
| 04/20/09 | Review e-mail from Ms. Lindberg regarding leases (.1); identify key plan research issues (.6) | L S | .70 | 450.00 | $315.00 |
| 04/20/09 | E-mail correspondence with Ms. Clark and relative of former resident regarding status of resident refund checks issued and determine remaining payments to be made (.4); review and update master spreadsheet of creditors requesting to be deleted from matrices and organize working papers regarding same (.6); review and respond to e-mails from Ms. Bruck and Ms. Aydelott to provide additional specificity to request regarding confirmation of no additional nonresidential real property leases for Stayton consolidated debtors per e-mails with Mr. Conway regarding same (.4) | LJL | 1.40 | 185.00 | $259.00 |
| 04/20/09 | Search court docket to update list of interested parties for mailing (.2); update list of interested parties and mailing labels (.2); draft certificate of service of stipulated order authorizing use of cash collateral and arrange for service pursuant to court's notice to serve documents (.1) | N C | .50 | 90.00 | $45.00 |

PLEASE RETURN ONE COPY WITH PAYMENT

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                            034675-04001              Page 9

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/20/09 | Multiple correspondence regarding executory contracts and leases (.3) | TJC | .30 | 400.00 | $120.00 |
| 04/21/09 | Telephone call to Ms. Attanasio regarding status of production and telephone call from Mr. Hart regarding production (.2) | J C | .20 | 375.00 | $75.00 |
| 04/22/09 | Conference with Ms. Lindberg regarding last revisions needed for supplemental matrix for CS-20 debtors and resolving discrepancies between schedules and backup from Sunwest (1.1) | AMC | 1.10 | 185.00 | $203.50 |
| 04/22/09 | Conference with Ms. Kennedy regarding logistics of filing supplemental matrices (.5); conference with Ms. Crowther to resolve remaining questions surrounding first supplemental matrices and to discuss final steps to import data and create final documents for filing (1.1); detailed review of LBF 728 requirements, draft letters to affected added and deleted creditors detailing applicable required enclosures, organize working papers regarding same (2.0); | LJL | 3.60 | 185.00 | $666.00 |
| 04/22/09 | Telephone conference with Ms. Dunn (.2) | TJC | .20 | 400.00 | $80.00 |
| 04/23/09 | Conference with Ms. Lindberg regarding importing matrices and completion of supplemental matrix project (.7) | AMC | .70 | 185.00 | $129.50 |
| 04/23/09 | Telephone call from Mr. Hart regarding production of documents (.2) | J C | .20 | 375.00 | $75.00 |
| 04/23/09 | Review Columbia Pacific's response to request for motion to extend exclusivity (.2) | L S | .20 | 450.00 | $90.00 |
| 04/23/09 | Extended conference with Ms. Sullivan to discuss protocol and assistance for LBF 728s and supplemental matrices and documents served on affected creditors, and discuss case status (.8); conference with Ms. Crowther regarding edits to first supplemental matrices, and review bankruptcy local rules (.7); review recent proofs of claim to ensure no impact on supplemental matrix filings (.4); review consolidated spreadsheet of resident refunds owed for CS-20 debtors to cross-check against HIPPA master resident spreadsheet and confirm data correctly entered in first supplemental matrices (1.0) | LJL | 2.90 | 185.00 | $536.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                                    034675-04001              Page 10

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/23/09 | Confer with Ms. McClurg (.1); correspondence to Ms. McClurg regarding patient care ombudsman (.1) | TJC | .20 | 400.00 | $80.00 |
| 04/24/09 | Review and analyze case issues (.6) | DCF | .60 | 350.00 | $210.00 |
| 04/24/09 | Analyze response to document request (.6) | J C | .60 | 375.00 | $225.00 |
| 04/24/09 | Complete review of consolidated spreadsheet of resident refunds owed for CS-20 debtors to cross-check against HIPPA master resident spreadsheet and confirm data correctly entered in first supplemental matrices (1.3) | LJL | 1.30 | 185.00 | $240.50 |
| 04/24/09 | Telephone conference with Mr. Field (.4) | TJC | .40 | 400.00 | $160.00 |
| 04/27/09 | Review and analyze production (4.3) | J C | 4.30 | 375.00 | $1,612.50 |
| 04/27/09 | Analyze issues relating to schedule amendments and related notice (.3) | L S | .30 | 450.00 | $135.00 |
| 04/27/09 | Conference with Ms. Crowther regarding status of first supplemental matrix project for CS-20 debtors (.4); conference with Messrs. Conway and Simson regarding expedited timing for filing of supplemental matrices, background information regarding same, and conference with Ms. Sullivan regarding same (.7); revise letters to affected creditors as required by LBF 728 per conference with attorneys and Ms. Crowther regarding tailoring of same for CS-20 debtors (.4); conferences with Ms. Crowther regarding final discrepancies between matrices, conferences with Ms. Sullivan to coordinate filing and service logistics, review and organize letters to creditors with final versions of enclosures (1.7); proofread CS-20 consolidated list of owners against first supplemental matrices and initial matrices to ensure all minority owners included, and conference with Ms. Crowther regarding same (.6); overall review, proofreading and organization of finalized spreadsheets detailing added creditors for each CS-20 debtor (1.1) | LJL | 4.90 | 185.00 | $906.50 |
| 04/27/09 | Review issues regarding matrix and schedule amendments (.3) | TJC | .30 | 400.00 | $120.00 |
| 04/28/09 | Final matrix review and organization of exhibits for first supplemental matrix filings (2.3) | AMC | 2.30 | 185.00 | $425.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



TONKON TORP LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                            034675-04001              Page 11

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/28/09 | Review e-mail from Ms. Mackey regarding summary of meeting between Mr. Baty and Mr. Hamstreet (.1) | L S | .10 | 450.00 | $45.00 |
| 04/28/09 | Conferences with Ms. Sullivan and Ms. Crowther, final preparation and organization of first supplemental matrices and letters to creditors being deleted or added, upload added creditors to each case, and file LBF 728 with supplemental matrix with court (4.2); telephone conference with case administrator for consolidated cases regarding details of filings (.2); conferences with Ms. Crowther and Ms. Sullivan and additional document review and organization for service on affected creditors (2.2) | LJL | 6.60 | 185.00 | $1,221.00 |
| 04/29/09 | Work on response to objections regarding 2004 exam (.5) | J C | .50 | 375.00 | $187.50 |
| 04/29/09 | Extensive review and organization of LBF 728s and supplemental matrix and associated documentation, and organize working files regarding same (3.4); telephone conference with Mr. Gutzler regarding supplemental matrices filed on behalf of Stayton consolidated debtors (.3) | LJL | 3.70 | 185.00 | $684.50 |
| 04/29/09 | Review pleadings and attend hearing on motions for extension of time (.5); review issues regarding schedule amendments (.3) | TJC | .80 | 400.00 | $320.00 |
| TOTAL FEES | | | | | $33,272.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Albert N. Kennedy | 3.40 | 450.00 | $1,530.00 |
| Anita Crowther | 14.40 | 185.00 | $2,664.00 |
| David C. Forman | 21.80 | 350.00 | $7,630.00 |
| James K. Hein | 0.60 | 225.00 | $135.00 |
| Jeanne M. Chamberlain | 9.80 | 375.00 | $3,675.00 |
| Laura J. Lindberg | 45.40 | 185.00 | $8,399.00 |
| Leon Simson | 10.70 | 450.00 | $4,815.00 |
| Nancy Cooper | 1.60 | 90.00 | $144.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435535                                      034675-04001                Page 12

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| Timothy J. Conway | 10.70 | 400.00 | $4,280.00 |
| TOTALS | 118.40 | | $33,272.00 |

| | |
|---|---|
| CURRENT CHARGES | $33,272.00 |
| PRIOR STATEMENT BALANCE | $121,973.00 |
| PLEASE PAY THIS AMOUNT | $155,245.00 |

## Statement of Account

| 04/15/09 | Invoice # | 1434524 | $121,973.00 |
|---|---|---|---|
| TOTAL | | | $121,973.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435536
Matter No.  034675-07001

Column Financial 20
c/o SunWest Management, Inc.
Attn:  Curtis Brody
P.O. Box 3006
Salem, OR  97302-3006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Fee/Employment Applications

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|---|---|---|---|---|---|
| 04/08/09 | E-mail correspondence with Ms. Hurd regarding preparation of upcoming monthly fee request statement and conference with Ms. Klimowicz regarding various billing matters relating to same (.4) | LJL | .40 | 185.00 | $74.00 |
| 04/14/09 | Prepare information needed for Tonkon Torp employment application for Mr. Hamstreet (.2) | JKH | .20 | 225.00 | $45.00 |
| 04/15/09 | Review billings and work on and revise application for compensation (.8) | TJC | .80 | 400.00 | $320.00 |
| 04/16/09 | Analyze issues related to necessity of filing additional applications to employ (.2) | JKH | .20 | 225.00 | $45.00 |
| 04/22/09 | Begin drafting application to employ Marcus and Millichap as brokers (1.4); conference with Mr. Simson regarding same (.2) | HBB | 1.60 | 195.00 | $312.00 |
| 04/22/09 | Additional e-mails regarding employment of broker (.2); review prior listing agreement and application (.2) | L S | .40 | 450.00 | $180.00 |
| 04/23/09 | Review and finalize supplemental matrix and prepare for import (.3) | AMC | .30 | 185.00 | $55.50 |
| 04/23/09 | Continue drafting application to employ Marcus & Millichap as broker (2.1) | HBB | 2.10 | 195.00 | $409.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.


**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435536                          034675-07001        Page 2

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/24/09 | Continue drafting application to employ Marcus & Millichap as brokers and begin preparing Rule 2014 verified statement regarding same (1.5) | HBB | 1.50 | 195.00 | $292.50 |
| 04/26/09 | E-mail Rule 2014 verified statement to Marcus & Millichap (.4); revise application to employ Marcus & Millichap as broker (1.0); review and comment on exclusive sale listing agreement regarding same (.3) | HBB | 1.70 | 195.00 | $331.50 |
| 04/27/09 | Revise Exhibit A to Marcus & Millichap's 2014 statement to include Mr. Harder and Mr. Fisher's interests in subsidiaries, as well as updating chart of bankrupt affiliates (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/27/09 | Conference with Ms. Crowther regarding revising exhibits to Marcus & Millichap's 2014 verified statement (.5); revise exclusive listing agreement with Marcus & Millichap and forward to Mr. Simson for comment (.7); conference with Mr. Simson regarding same (.2) | HBB | 1.40 | 195.00 | $273.00 |
| 04/27/09 | Review e-mails regarding employment of broker (.1); review draft application and order to employ broker (.2) | L S | .30 | 450.00 | $135.00 |
| 04/29/09 | Revise and finalize exhibits to Marcus & Millichap's 2014 statement (.5) | AMC | .50 | 185.00 | $92.50 |
| 04/29/09 | Conference with Ms. Crowther regarding exhibits to 2014 verified statement of Marcus & Millichap (.3); e-mail same to Marcus & Millichap (.2) | HBB | .50 | 195.00 | $97.50 |
| TOTAL FEES | | | | | $2,755.50 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Anita Crowther | 1.30 | 185.00 | $240.50 |
| Haley B. Bjerk | 8.80 | 195.00 | $1,716.00 |
| James K. Hein | 0.40 | 225.00 | $90.00 |
| Laura J. Lindberg | 0.40 | 185.00 | $74.00 |
| Leon Simson | 0.70 | 450.00 | $315.00 |
| Timothy J. Conway | 0.80 | 400.00 | $320.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



**TONKON TORP** LLP
ATTORNEYS

1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435536                                    034675-07001                    Page 3

| TIMEKEEPER | TIME | RATE | AMOUNT |
|---|---|---|---|
| TOTALS | 12.40 | | $2,755.50 |

| | | |
|---|---|---|
| CURRENT CHARGES | | $2,755.50 |
| PRIOR STATEMENT BALANCE | | $12,523.50 |
| PLEASE PAY THIS AMOUNT | | $15,279.00 |

Statement of Account

| 04/15/09 | Invoice # | 1434525 | $12,523.50 |
|---|---|---|---|
| TOTAL | | | $12,523.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

May 14, 2009

Invoice No. 1435537
Matter No.  034675-11001

Column Financial 20
c/o SunWest Management, Inc.
Attn:  Curtis Brody
P.O. Box 3006
Salem, OR  97302-3006

STATEMENT FOR PERIOD THROUGH 4/30/09

FOR LEGAL SERVICES RENDERED:   Plan and Disclosure Statement

## Time Detail

| DATE | DESCRIPTION | INIT | TIME | RATE | AMOUNT |
|------|-------------|------|------|------|--------|
| 04/13/09 | Analyze issues regarding development of plan of reorganization with SEC overlay (.7) | TJC | .70 | 400.00 | $280.00 |
| 04/17/09 | Work on strategy for plan (.8) | J C | .80 | 375.00 | $300.00 |
| 04/21/09 | Review Messrs. Rundell's and Kennedy's comments regarding negotiations (.2); review e-mails regarding proposed interest rate to lenders (.2); review numerous e-mails regarding plan negotiations (.3); draft e-mail regarding issues for negotiation (.3); telephone conference with Ms. Dunn and Ms. Barton to discuss operating results (.8); meeting with Judge Perris regarding possible mediation of lender issues (1.5) | L S | 3.30 | 450.00 | $1,485.00 |
| TOTAL FEES | | | | | $2,065.00 |

## Timekeeper Summary

| TIMEKEEPER | TIME | RATE | AMOUNT |
|------------|------|------|--------|
| Jeanne M. Chamberlain | 0.80 | 375.00 | $300.00 |
| Leon Simson | 3.30 | 450.00 | $1,485.00 |
| Timothy J. Conway | 0.70 | 400.00 | $280.00 |
| TOTALS | 4.80 | | $2,065.00 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (¾% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.



1600 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204
503.221.1440

Invoice # 1435537                                    034675-11001            Page 2

CURRENT CHARGES                                        $2,065.00

PRIOR STATEMENT BALANCE                               $98,544.50

PLEASE PAY THIS AMOUNT                               $100,609.50

## Statement of Account

| 04/15/09 | Invoice # | 1434528 | $98,544.50 |
|----------|-----------|---------|------------|
| TOTAL | | | $98,544.50 |

**PLEASE RETURN ONE COPY WITH PAYMENT**

EMPLOYER IDENTIFICATION NUMBER: 93-0633194

THIS STATEMENT MAY NOT INCLUDE EXPENSE ITEMS FOR WHICH WE HAVE NOT YET BEEN BILLED, OR REFLECT PAYMENTS RECEIVED AFTER THE STATEMENT DATE. A LATE CHARGE OF 9% PER ANNUM (3/4% PER MONTH) WILL ACCRUE ON INVOICES UNPAID AFTER 30 DAYS.

CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF FILING OF SECOND FEE STATEMENT OF TONKON TORP LLP FOR THE PERIOD THROUGH APRIL 30, 2009** on the parties indicated as "ECF" on the attached List of Interested Parties by electronic means through the Court's Case Management/Electronic Case File system on the date set forth below.

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each attorney's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

DATED this 15th day of May, 2009.

TONKON TORP LLP

By /s/ Albert N. Kennedy
   Albert N. Kennedy, OSB No. 821429
   E-Mail:      al.kennedy@tonkon.com
   Timothy J. Conway, OSB No. 851752
   E-Mail:      tim.conway@tonkon.com
   Attorneys for Debtor

034618/00002/1594198v1

## LIST OF INTERESTED PARTIES

*In re Stayton SW Assisted Living, L.L.C., dba Lakeside Assisted Living Community,*
**U.S. District Court Case No. 6:09-cv-06082-HO**
**U.S. Bankruptcy Case No. 08-36637-tmb11 (LEAD CASE) (Reference Withdrawn)**
*In re Medallion Assisted Living Limited Partnership, dba Medallion Senior Living,* Case No. 08-36638-tmb11
*In re Colonial Gardens, LLC, aka Colonial Gardens Residential Care Community,* Case No. 08-36655-tmb11
*In re Hendersonville Senior Living, LLC,* Case No. 08-36673-tmb11
*In re Champlin, LLC,* Case No. 08-37147-tmb11
*In re Court at Clifton Park, LLC,* Case No. 08-37154-tmb11
*In re Court at Greece, LLC,* Case No. 08-37158-tmb11
*In re Court at Orchard Park, LLC,* Case No. 08-37161-tmb11
*In re Kearney Senior Living, LLC,* Case No. 08-37152-tmb11
*In re McCook Senior Living, LLC,* Case No. 08-37148-tmb11
*In re Montclair Senior Living, LLC,* Case No. 08-37159-tmb11
*In re Sanddollar Court Memory Care, LLC,* Case No. 08-37157-tmb11
*In re Seward Senior Living, LLC,* Case No. 08-37168-tmb11
*In re St. George Senior Living, LLC,* Case No. 08-37155-tmb11
*In re Vancouver Care, L.L.C.,* Case No. 08-37156-tmb11
*In re Vegas Assisted Living, LLC,* Case No. 09-30151-tmb11
*In re Village at Greece, LLC,* Case No. 08-37149-tmb11
*In re Wayne Senior Living, LLC,* Case No. 08-37146-tmb11
*In re W-E Specialized Care, LLC,* Case No. 08-37161-tmb11

## ECF PARTICIPANTS:

- **Jeanne M. Chamberlain**
  jeanne@tonkon.com,leslie@tonkon.com
- **Timothy J. Conway**
  tim.conway@tonkon.com,nancy.kennedy@tonkon.com
- **David W. Criswell**
  dcriswell@bjllp.com,swylen@balljanik.com
- **Andrew D. Hart**
  ahart@sidley.com
- **James K. Hein**
  james.hein@tonkon.com,judy.alexander@tonkon.com
- **Albert N. Kennedy**
  al.kennedy@tonkon.com,leslie.hurd@tonkon.com
- **William L. Larkins , Jr**
  wlarkins@larkinsvacura.com,lniknabard@larkinsvacura.com
- **Sophia Park Mullen**
  smullen@sidley.com
- **Leon Simson**
  leon.simson@tonkon.com
- **Julie R. Vacura**
  jvacura@larkinsvacura.com,lniknabard@larkinsvacura.com
- **Sophia Park Mullen**
  smullen@sidley.com
- **Leon Simson**
  leon.simson@tonkon.com
- **Julie R. Vacura**
  jvacura@larkinsvacura.com,lniknabard@larkinsvacura.com

5/15/09

**NON-ECF PARTICIPANTS:**

Carla McClurg
Attorney for US Trustee
Office of the United States Trustee
620 SW Main Street, Suite 213
Portland, OR  97205-3026

John D. Albert
Albert & Tweet, LLP
242 Church Street SE
PO Box 968
Salem, OR 97308

Lee S. Attanasio
Sidley & Austin LLP
787 Seventh Avenue
New York, NY 10019

David W. Criswell
Ball Janik, LLP
101 SW Main St
Suite 1100
Portland, OR 97204

Paul R.J. Connolly
Law Offices of Paul R.J. Connolly, PC
2731 12th Street, SE
PO Box 3095
Salem, OR 97302

Mark P. Fickes
United States Securities and
  Exchange commission
44 Montgomery Street
Suite 2600
San Francisco, CA 94104

David A. Foraker
Greene & Markley, P.C.
1515 SW Fifth Avenue, Suite 600
Portland, OR 97201-5492

S. Lavigna
Securities & Exchange Commission
Attn:  Bankruptcy Counsel
5670 Wilshire Blvd., Suite 1100
Los Angeles, CA 90036-3648

Gary U. Scharff
Attorney at Law
1300 American Bank Building
621 SW Morrison Street
Portland, OR  97205

Tennessee Dept of Revenue
c/o TN Atty General's Office
Bankruptcy Division
POB 20207
Nashville, TN 37202-0207

Elizabeth Weller
2323 Bryan St #1600
Dallas, TX 75201

034618/00002/1552105v1

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **SUPPLEMENTAL**

**INFORMATION FOR TONKON TORP LLP BILLING STATEMENTS**

**REGARDING POSITIONS AND EXPERIENCE LEVELS** on:

- **John D. Albert**
  jalbert@albertandtweet.com
- **Christopher R. Ambrose**
  crambrose@ambroselaw.com,dmharary@ambroselaw.com
- **Richard T. Anderson , Jr**
  rick@andersonmonson.com,jaime@andersonmonson.com
- **Joseph C. Arellano**
  arellano@kwar.com
- **James M. Barrett**
  jmb@aterwynne.com,pdb@aterwynne.com
- **Peter D. Bilowz**
  pbilowz@goulstonstorrs.com
- **Steven K. Blackhurst**
  skb@aterwynne.com,sra@aterwynne.com
- **Michelle A. Blackwell**
  mblackwell@wlrlaw.com
- **David A. Bledsoe**
  Dbledsoe@perkinscoie.com,acollins@perkinscoie.com,docketpor@perkinscoie.com
- **Hannah L. Blumenstiel**
  hblumenstiel@winston.com
- **Kathleen Carroll Bricken**
  kbricken@gsblaw.com,rriley@gsblaw.com
- **Melissa S. Briggs**
  melissa@shermlaw.com
- **Kim T. Buckley**
  buckley@eslerstephens.com,mec@eslerstephens.com
- **Barry P. Caplan**
  barry@sussmanshank.com,ctolle@sussmanshank.com
- **Diana K Carey**
  dcarey@karrtuttle.com
- **Christopher T. Carson**
  ccarson@kilmerlaw.com,vschmitz@kilmerlaw.com
- **Judson M. Carusone**
  jc@bromleynewton.com,ep@bromleynewton.com,cd@bromleynewton.com
- **Jeanne M. Chamberlain**
  jeanne@tonkon.com,leslie@tonkon.com

- **Kevin W. Coleman**
  kcoleman@schnader.com
- **Paul R. J. Connolly**
  paul@connollypc.com,angela@connollypc.com
- **Timothy J. Conway**
  tim.conway@tonkon.com,nancy.kennedy@tonkon.com
- **Deborah A. Crabbe**
  crabd@foster.com,ristj@foster.com,burrc@foster.com
- **Scott D. Crawford**
  scrawford@bwmlegal.com
- **David W. Criswell**
  dcriswell@bjllp.com,swylen@balljanik.com
- **Douglas P. Cushing**
  doug.cushing@jordanschrader.com,litparalegal@jordanschrader.com,hyatt@ryanlaw.
  com,hermes@ryanlaw.com,debra.braddock@jordanschrader.com,deborah.soloway@
  jordanschrader.com
- **William A. Drew**
  billd@eoplaw.com,gwen@eoplaw.com
- **David J. Elkanich**
  delkanich@hinshawlaw.com,tkohn@hinshawlaw.com,jdavis@hinshawlaw.com,astie
  nessen@hinshawlaw.com
- **Tiffany A. Elkins**
  telkins@rke-law.com
- **Ford Elsaesser**
  ford@ejame.com
- **Stephen F. English**
  steve.english@bullivant.com,janet.carswell@bullivant.com,dbrandt@schnader.com,k
  vasquez@schnader.com,mwhitaker@schnader.com,carol.mclemore@bullivant.com,p
  ortlanddocketing@bullivant.com
- **Michael J. Esler**
  bh@eslerstephens.com,esler@eslerstephens.com,hardiman@eslerstephens.com
- **Marc J. Fagel**
  fagelm@sec.gov
- **Michael M. Feinberg**
  mfeinberg@karrtuttle.com
- **Mark P Fickes**
  fickesm@sec.gov,fagelm@sec.gov
- **Joseph A. Field**
  joe@fieldjerger.com,koren@fieldjerger.com,matt@fieldjerger.com
- **Justine Fischer**
  jfattyor@aol.com
- **George K Fogg**
  gfogg@perkinscoie.com
- **David A. Foraker**
  david.foraker@greenemarkley.com

Page 2 -    CERTIFICATE OF SERVICE

- **Gary I. Grenley**
  ggrenley@grebb.com,jbecker@grebb.com,ptrinchero@grebb.com,lehrenshaft@grebb.com
- **Michael E. Haglund**
  mhaglund@hk-law.com,lsmith@hk-law.com
- **Andrew D. Hart**
  ahart@sidley.com
- **Christopher H. Hart**
  chart@schnader.com
- **James K. Hein**
  james.hein@tonkon.com,judy.alexander@tonkon.com
- **A. Kenneth Hennesay , Jr**
  khennesay@allenmatkins.com
- **Stephanie K. Hines**
  shines@perkinscoie.com,skroberts@perkinscoie.com,docketpor@perkinscoie.com,JRaymond@perkinscoie.com
- **Mark C. Hoyt**
  mark@shermlaw.com,brenda@shermlaw.com
- **Weiting Hsu**
  whsu@winstead.com
- **John G. Hutchinson**
  jhutchinson@sidley.com
- **Nancy L. Isserlis**
  nli@winstoncashatt.com,cmr@winstoncashatt.com
- **Dillon E. Jackson**
  jackd@foster.com
- **Kevin J. Jacoby**
  kevin@connollypc.com,angela@connollypc.com
- **Gina Anne Johnnie**
  gina@shermlaw.com
- **Thomas R. Johnson**
  TRJohnson@perkinscoie.com
- **Gary K. Kahn**
  gkahn@rke-law.com
- **Jared B. Kahn**
  jaredk@rke-law.com
- **George H. Kalikman**
  gkalikman@schnader.com
- **Albert N. Kennedy**
  al.kennedy@tonkon.com,leslie.hurd@tonkon.com
- **Daniel L. Keppler**
  keppler@kwar.com
- **John R. Knapp , Jr**
  jknapp@cairncross.com

- **Christine A. Kosydar**
  cakosydar@stoel.com,cmwallentine@stoel.com,lchopkins@stoel.com
- **Jay L. Krystinik**
  jay.krystinik@bryancave.com
- **Susan F. LaMarca**
  lamarcas@sec.gov,alcairoe@sec.gov,johnstonj@sec.gov
- **William L. Larkins , Jr**
  wlarkins@larkinsvacura.com,npowaga@larkinsvacura.com,lniknabard@larkinsvacura.com
- **Benjamin R. Lauritsen**
  blauritsen@stoel.com,docketclerk@stoel.com,jehall@stoel.com
- **Howard M. Levine**
  howard@sussmanshank.com,janine@sussmanshank.com
- **Michael E. Liftik**
  liftikm@sec.gov
- **Merrilee A MacLean**
  mmaclean@karrtuttle.com
- **Kevin S. Mapes**
  kmapes@bjllp.com,rmacpherson@bjllp.com,mstacey@bjllp.com,ismith@bjllp.com
- **Carla G. McClurg**
  carla.mcclurg@usdoj.gov,allen.c.painter@usdoj.gov,ustpregion18.pl.ecf@usdoj.gov
- **Robert B. Miller**
  bob.miller@bullivant.com,leanne.l'hommedieu@bullivant.com,portlanddocketing@bullivant.com
- **Sophia Park Mullen**
  smullen@sidley.com
- **David R. Mylrea**
  dmylrea@hinshawlaw.com
- **Gregory C. Nuti**
  gnuti@schnader.com
- **Sheila E. O'Callaghan**
  ocallaghans@sec.gov
- **Henry H Oh**
  henry.oh@dlapiper.com
- **David L. Osias**
  bcrfilings@allenmatkins.com,dosias@allenmatkins.com
- **R. Scott Palmer**
  rspalmer@wlrlaw.com,cpivoda@wlrlaw.com,lsharkey@wlrlaw.com
- **Andrew P. Parks**
  aparks@agsprp.com
- **Teresa H. Pearson**
  teresa.pearson@millernash.com,lisa.conrad@millernash.com,teri.cochran@millernash.com
- **Russell W. Pike**
  russ@shermlaw.com,lynell@shermlaw.com

- **John Richard Potter**
  jrp@hpl-law.com
- **John R. Rizzardi**
  jrizzardi@cairncross.com
- **Daniel H. Rosenhouse**
  dan.rosenhouse@doj.state.or.us,toni.c.kemple@doj.state.or.us
- **Douglas B. Rosner**
  drosner@goulstonstorrs.com
- **Salem Investors, a California General Partnership**
  epierce@waldmanmgmt.com
- **Tara J. Schleicher**
  dfallon@fwwlaw.com,sormsby@fwwlaw.com,tschleicher@fwwlaw.com
- **Shay S. Scott**
  sscott@hk-law.com,lhall@hk-law.com
- **Kashya K. Shei**
  sheik@sec.gov
- **Betty M Shumener**
  betty.shumener@dlapiper.com
- **Leon Simson**
  leon.simson@tonkon.com
- **Eric T. Smith**
  esmith@schnader.com
- **James Ray Streinz**
  rays@mcewengisvold.com,sondrah@mcewengisvold.com,barbaram@mcewengisvold.com
- **Brad T. Summers**
  tsummers@bjllp.com
- **Brent Gordon Summers**
  brent.summers@tnslaw.net
- **Laura Caldera Taylor**
  laura.taylor@bullivant.com,portlanddocketing@bullivant.com,marcie.carter@bullivant.com
- **Robert L. Taylor**
  rtaylor@bjllp.com,jchavis@bjllp.com
- **Jeanette L. Thomas**
  jthomas@perkinscoie.com,etherrien@perkinscoie.com,docketpor@perkinscoie.com
- **Stephen T. Tweet**
  stweet@albertandtweet.com
- **US Trustee, Portland**
  ustpregion18.pl.ecf@usdoj.gov
- **Julie R. Vacura**
  jvacura@larkinsvacura.com,lniknabard@larkinsvacura.com
- **David W. Van Meter**
  david@vanmeterlawfirm.com

Page 5 -    CERTIFICATE OF SERVICE

- **David D. VanSpeybroeck**
  David.Vanspeybroeck@bullivant.com,christine.hicks@bullivant.com,portlanddocketing@bullivant.com
- **Robert J Vanden Bos**
  vbcservice@yahoo.com,bob@vbcattorneys.com
- **Laura J. Walker**
  lwalker@cablehuston.com,kharris@cablehuston.com
- **J. Stephen Werts**
  swerts@cablehuston.com,dalbin@cablehuston.com
- **B. Scott Whipple**
  swhipple@whippleduyck.com
- **Keith E. Whitson**
  kwhitson@schnader.com
- **Greg R. Yates**
  gyates@steptoe.com
- **Richard S. Yugler**
  ryugler@landye-bennett.com
- **David R. Zaro**
  fscollan@allenmatkins.com,dzaro@allenmatkins.com,mdiaz@allenmatkins.com

In addition, I served the foregoing on the parties indicated as "Non-ECF" on the attached List of Interested Parties by mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below.

- (No manual recipients)

DATED this 22nd day of May, 2009.

TONKON TORP LLP

By  /s/ Timothy J. Conway
    **Timothy J. Conway**, OSB No. 851752
    Direct Dial:    (503) 802-2027
    Email:          tim.conway@tonkon.com

Attorney for Clyde A. Hamstreet, CRO

Page 6 -    CERTIFICATE OF SERVICE

034845/00001/1566294v1