**Paul T. Fortino, OSB No. 832010**
PFortino@perkinscoie.com
**Thomas R. Johnson, OSB No. 010645**
TRJohnson@perkinscoie.com
**Stephanie K. Hines, OSB No. 023273**
SHines@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant J. Wallace Gutzler

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>              Plaintiff,<br><br>    v.<br><br>SUNWEST MANAGEMENT, INC., CANYON CREEK DEVELOPMENT, CANYON CREEK FINANCIAL, JON HARDER,<br><br>              Defendants,<br><br>    -and-<br><br>DARRYL FISHER, J. WALLACE GUTZLER, KRISTIN HARDER, ENCORE INDEMNITY, SENENET LEASING COMPANY, FUSE ADVERTISEMENT, INC., KDA CONSTRUCTION, INC., HAMSTREET & ASSOCIATES, and CLYDE HAMSTREET,<br><br>              Relief Defendants. | No. 09-6056 HO<br><br>SUPPLEMENTAL INFORMATION FOR PERKINS COIE LLP BILLING STATEMENTS REGARDING POSITIONS AND EXPERIENCE LEVELS<br><br>By Defendant J. Wallace Gutzler |

1- SUPPLEMENTAL INFORMATION FOR PERKINS COIE LLP BILLING STATEMENTS REGARDING POSITIONS AND EXPERIENCE
69402-0001/LEGAL16283638.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

On May 19, 2009, this Court entered an Order requiring billing statements to list the positions and experience level of each professional as well as their requested hourly rates (Dkt. 291). Perkins Coie LLP has one billing statement pending before this Court. Below, we list the names, experience level, title and requested hourly rates for each of the timekeepers set forth in the billing statements previously submitted. All future billing statements will include a cover page indicating the position and experience level of each timekeeper. Attached as Appendix 1 is a copy of a firm resume for each of the lawyers listed below.

| Timekeeper | Experience Level | Title | Hourly Rate |
|---|---|---|---|
| Paul Fortino | 34 years | Litigation – Partner | $590 |
| Pravin Rao | 14 years | Litigation – Partner | $490 |
| Brent Bullock | 23 years | Business – Partner | $470 |
| Thomas Johnson | 12 years | Litigation – Partner | $395 |
| Stephanie Hines | 6 years | Litigation – Associate | $335 |
| Tanya Woolley | 18 years | Litigation – Paralegal | $185 |
| Susan Roberts | 21 years | Litigation – Paralegal | $205 |
| Taylor Correll | 21 years | Litigation – Paralegal | $175 |
| Michelle Servo | 15 years | Litigation – Paralegal | $200 |

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

2- SUPPLEMENTAL INFORMATION FOR PERKINS COIE LLP BILLING STATEMENTS REGARDING POSITIONS AND EXPERIENCE
69402-0001/LEGAL16283638.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222

DATED this 29th day of May, 2009.

/s/ Thomas R. Johnson
**Paul T. Fortino, OSB No. 832010**
PFortino@perkinscoie.com
**Thomas R. Johnson, OSB No. 010645**
TRJohnson@perkinscoie.com
**Stephanie K. Hines, OSB No. 023273**
SHines@perkinscoie.com
**Perkins Coie LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Telephone: 503.727.2000
Facsimile: 503.727.2222

Attorneys for Defendant J. Wallace Gutzler

3- SUPPLEMENTAL INFORMATION FOR PERKINS COIE LLP
BILLING STATEMENTS REGARDING POSITIONS AND
EXPERIENCE
69402-0001/LEGAL16283638.1

Perkins Coie LLP
1120 N.W. Couch Street, Tenth Floor
Portland, OR 97209-4128
Phone: 503.727.2000
Fax: 503.727.2222