



1120 N.W. Couch Street
Tenth Floor
Portland, OR 97209-4128
PHONE: 503.727.2014
FAX: 503.727.2222
PFortino@perkinscoie.com

### EDUCATION

- University of Notre Dame Law School, J.D., summa cum laude, 1975
  Notes Editor, *Notre Dame Lawyer*
- University of Michigan, B.B.A., Finance, 1967

### BAR ADMISSIONS

- Oregon
- Washington

### COURT ADMISSIONS

- U.S. Court of Appeals for the Ninth Circuit

### Paul Fortino | Partner

Paul Fortino is a trial lawyer. Over the years, he has been first chair at hundreds of jury trials, bench trials, injunctive proceedings and dispositive motions. In recent years, his focus has been on trial of complex business torts, intellectual property and patent cases, products liability claims, and resolution of large contract disputes.

Paul has been praised and recognized by his peers. He has been named to the Board of Regents of the American College of Trial Lawyers and is a Fellow of the International Academy of Trial Lawyers and a Fellow of the International Society of Barristers. Among numerous other honors, he has been recognized as one of the *Lawdragon* 500 "Leading Litigators in America," a top litigator in Oregon by *Chambers USA*, an "Oregon Superlawyer" and listed in *The Best Lawyers in America* for 10 consecutive years. He recently received the Learned Hand Award in recognition of his contributions to the legal profession.

Paul has served as President of the Federal Bar Association of Oregon, President of the Oregon Association of Defense Counsel, State Chair of the American College of Trial Lawyers, and as a delegate to the Ninth Circuit Judicial Conference. He has written and taught extensively on subjects involving trials, litigation and civil procedure.

### PROFESSIONAL RECOGNITION

- Listed in *Law Dragon* "500 Top Trial Lawyers in America"
- Listed in *Chambers USA*, "America's Leading Business Lawyers," 2005 - 2009
- Listed in *The Best Lawyers in America*
  - American College of Trial Lawyers, Board of Regents 2007, Fellow, State Chair 2002 - 2005 (By Invitation

Appendix 1
Page 1 of 11

- U.S. District Court for the Western District of Washington
- U.S. District Court for the District of Oregon
- U.S. District Court for the Northern District of California
- International Society of Barristers, Member (By Invitation Only)
- International Academy of Trial Lawyers (By Invitation Only)
- Listed in Oregon Law and Politics, "Oregon Super Lawyers"
- Oregon ACLU Foundation "Civil Liberties Award," 2009

## PROFESSIONAL LEADERSHIP

- Ninth Circuit Judicial Conference, Lawyer Representative, 1997 - 2000
    - Federal Bar Association, Oregon Chapter, Past President
    - International Association of Defense Counsel, Member (By Invitation Only)
    - Oregon Association of Defense Counsel, Past President
    - Defense Research Institute, Member

## RELATED EMPLOYMENT

- Executive Assistant to the Judge Advocate General, Washington, D.C., 1978 - 1980
- United States Navy, Thirteenth Naval District, Seattle, WA, Chief Trial and Defense Counsel, 1975 - 1978
- Ford Motor Company, Labor Relations Specialist, 1967 - 1968





1120 N.W. Couch Street
Tenth Floor
Portland, OR 97209-4128
PHONE: 503.727.2020
FAX: 503.346.2020
BBullock@perkinscoie.com

## EDUCATION

- Stanford Law School, J.D., 1986
  Executive Editor, *Stanford Journal of International Law*

- Oregon State University, B.S., with highest honors, 1983

## BAR ADMISSIONS

- Oregon

## COURT ADMISSIONS

- U.S. District Court for the District of Oregon

### Brentley (Brent) Bullock | Partner
Firmwide Co-Chair, Corporate Governance & Transactions Group

Brent Bullock's practice focuses on the representation of emerging growth companies, established public and private companies, and venture capital and private equity investors in various corporate matters and transactions, including debt and equity financings, mergers and acquisitions, and strategic partnerships, as well as corporate governance and securities law matters. Brent is widely recognized as a leading practitioner in the areas of corporate and securities law, having served as chair of the Business Law Section of the Oregon State Bar. Brent has extensive experience in mergers and acquisitions, venture capital and angel financings, public and private debt and equity financings, equipment financings, strategic partnerships and complex spin-outs and restructurings involving hundreds of transactions ranging in size from under $10 million to well over $1 billion. He is also a leading aviation and equipment finance lawyer. Brent's clientele includes public and private companies such as Louisiana Pacific Corporation, Fortress Credit Corporation, PacifiCorp, Knowledge Learning Corporation, Associated British Foods, and Papa Murphy's International, venture capital and private equity funds such as Endeavour Capital and OVP Venture Partners, and emerging companies such as Earth Class Mail, Pacific Star Communications and Max-Viz. Brent is a regular speaker at various professional and industry seminars on topics such as mergers and acquisitions and venture capital and angel financings.

### PROFESSIONAL RECOGNITION

- Listed in *Chambers USA*, "America's Leading Business Lawyers," 2004 - 2009

- Listed in *Oregon Law and Politics*, "Oregon Super Lawyers," from inception in 2006

- Listed in *Chambers USA*, "Americas Leading Aviation Lawyers," 2005
- Listed in *Expert Guides*, "World's Leading Aviation Lawyers," 2006
- Selected for "40 under 40 Award," given to young leaders in the business community demonstrating extraordinary business accomplishments, community involvement and vision for leadership, *Portland Business Journal*, 2001
- Peer Review Rated AV in *Martindale-Hubbell*

PROFESSIONAL LEADERSHIP

- American Bar Association, Business Law Section
- Oregon State Bar Association, Business Law Section; Computer Law Section; Securities Regulation Section
    - Past Involvement:
        - Chair and Member, Executive Committee, Business Law Section
        - Co-Chair, Uniform Securities Act Task Force
        - Chair, Continuing Legal Education Committee
        - Member, Minority Shareholder Legislation Task Force
        - Member, Business Law Legislative Task Force
        - Founding Member, Venture Capital and Emerging Business Task Force
- Multnomah Bar Association
- Oregon Entrepreneurs Network
    - Member, Advisory Board, 2006 - Present
    - Member, Venture Northwest Steering Committee, 1997 - Present
    - Chair, Venture Northwest Company Selection Committee, 2003 - Present
    - Member, Angel Oregon Company Selection Committee, 2001 - Present

- Past Involvement:
    - Chair, Board of Directors and Executive Committee, 2003
    - Chair, Special Events Committee, 2001
    - Chair, Finance Committee, 2000
    - Chair, Annual Entrepreneurship Awards Dinner, 1998
    - Chair, Public Forums Committee, 1997
    - Co-Chair, Conference on Entrepreneurship, 1996
- Entrepreneurs Foundation of the Northwest, Board of Advisors, 2002 - 2005
- TiE.org, Portland Chapter, Organizing Committee and Charter Member, 2006 - Present
- Committee for Oregon's Future, Steering and Finance Committee, 2002
- New Economy Coalition, Steering Committee, 2002 - 2004
- Oregon Innovation Network, Steering Committee, 2003 - 2004

## COMMUNITY INVOLVEMENT

- Oregon State University Austin Entrepreneurship Program, Advisory Board, 2005 - Present
- Oregon State University Business Roundtable, Charter Member, 2002 - Present
- La Salle College Preparatory High School Foundation, Board of Directors, 2006 - Present
- Stanford Law School Alumni Association, President - Oregon Chapter, 1987 - 1992
- St. Vincent de Paul Society of Portland, Board of Directors, 1992 - 1995





131 South Dearborn Street
Suite 1700
Chicago, IL 60603-5559
PHONE: 312.324.8592
FAX: 312.324.9592

607 Fourteenth Street N.W.
Washington, D.C. 20005-2003
PHONE: 202.434.1662
PRao@perkinscoie.com

### EDUCATION

- University of Illinois College of Law, J.D., 1995
- Washington University Olin School of Business, M.B.A., Finance, 1989
- University of Michigan, B.S., Pure Mathematics, 1987

### BAR ADMISSIONS

- Illinois
- District of Columbia

### Pravin B. Rao | Partner

Pravin Rao, a partner in the firm's Litigation practice, is uniquely positioned as both a former Federal and State prosecutor as well as an SEC enforcement Branch Chief to provide comprehensive representation and counseling to clients on complex criminal and civil matters. Pravin has drawn on his unique securities and commercial fraud background to assist a large number of individuals and Fortune 500 companies respond to government inquiries and conduct internal investigations in significant and sensitive areas, including those with financial fraud, FCPA, and corporate governance issues.

Prior to joining Perkins Coie, Pravin served as an Assistant U.S. Attorney where he supervised and developed strategies in investigations that targeted violations of federal criminal law, including commodity and securities fraud, bank fraud, mail/wire fraud, mortgage fraud, bankruptcy fraud, credit card fraud, identity theft, copyright infringement, internet fraud, public corruption, tax offenses, health care fraud, money laundering, arson, narcotics, firearms, civil rights violations, child pornography, perjury and obstruction. Pravin developed a unique perspective from conducting parallel investigations with the SEC, CFTC, and other regulators in complex cases involving large publicly traded companies, directors and officers, broker-dealers and hedge funds. Pravin is also a seasoned trial attorney with a winning track record, having tried 10 jury trials and argued 11 appeals in federal courts, and served as "first chair" in numerous trials and over 25 appeals in State courts.

Before becoming a federal prosecutor, Pravin served as an Enforcement Branch Chief with the SEC, where he directed numerous high profile investigations and litigation involving financial statement and disclosure fraud, insider trading, investment advisory fraud, prime bank and Ponzi schemes, market manipulation, failure to supervise, broker-dealer misconduct, and record-keeping, reporting and registration violations. Pravin has maintained his ties to the SEC, having recently been appointed Regional Chair of the Association of

COURT ADMISSIONS

- U.S. Supreme Court
- U.S. Court of Appeals for the Second Circuit
- U.S. Court of Appeals for the Seventh Circuit
- U.S. District Court for the Northern District of Illinois - Trial Bar

SEC Alumni. Pravin is frequently invited to speak to in-house counsel and industry groups on recent developments in securities law and the SEC, especially where these topics intersect the criminal arena. Pravin has also been retained as an expert witness in a FINRA arbitration.

**Securities Enforcement and White Collar Defense**

- Provided counsel to a Fortune 500 company in a sensitive government investigation involving a technically-complex subject area
- Represented an individual broker of large financial firm in a FINRA investigation
- Represented numerous individuals in criminal matters involving allegations of fraud (mail, wire, securities, bank, mortgage, and tax), money laundering, and criminal forfeiture
- Served as lead counsel for a court-appointed Receiver in a SEC-related matter in Federal Court
- Provided counsel to a Fortune 500 company regarding regulatory and criminal exposure on accounting issues under U.S. and foreign laws

**Parallel Proceedings**

- Represented officers and directors in SEC investigations concerning insider trading, Ponzi schemes, internal controls, revenue recognition issues, and investment advisory fraud, while also assessing and dealing with possible criminal exposure
- Conducted internal investigation for a multinational company in matters involving the FCPA and insider trading, and provided counsel on both civil and criminal exposure
- Represented and counseled individuals facing actions by the SEC, CFTC, Federal Reserve, Illinois Department of Securities, other federal and state regulatory agencies, and criminal authorities

PROFESSIONAL RECOGNITION

- Chairman's Award for Excellence, U.S. Securities and Exchange Commission
- Performance Award, U.S. Department of Justice, 2004, 2005, 2006

- Outstanding Service Award, U.S. Internal Revenue Service
- Superior Contribution Award, U.S. Secret Service
- Award for Exceptional Work and Dedication, U.S. Drug Enforcement Admin.
- Outstanding Contribution Award, Illinois Arson Award Committee

## PROFESSIONAL LEADERSHIP

- Association of SEC Alumni (ASECA), Current Regional Chairman
- Loyola University School of Law, Appellate Advocacy Instructor, 2001-2002
- National Association of Assistant U.S. Attorneys
- Asian American Bar Association of the Greater Chicago Area, Former Board Member and Treasurer
- Indian American Bar Association

## RELATED EMPLOYMENT

- Office of the United States Attorney, Northern District of Illinois, Chicago, IL
  Assistant U.S. Attorney, 2003 - 2007

- U.S. Securities and Exchange Commission, Chicago, IL
  Branch Chief, 2000 - 2003; Senior/Staff Attorney, 1999 - 2000

- Cook County State's Attorney's Office, Chicago, IL
  Assistant State's Attorney, 1995 - 1999

- Inland Steel Industries, Chicago, IL
  Project Manager/Consultant, 1989 - 1992

- Emerson Electric Co., St. Louis, MO
  Financial Analyst, 1988 - 1989





1120 N.W. Couch Street
Tenth Floor
Portland, OR 97209-4128
PHONE: 503.727.2176
FAX: 503.346.2176
TRJohnson@perkinscoie.com

### EDUCATION

- University of North Carolina School of Law, J.D., with high honors, 1997
- University of Michigan, B.B.A., 1993

### BAR ADMISSIONS

- Oregon

### COURT ADMISSIONS

- U.S. Supreme Court
- U.S. Court of Appeals for the District of Columbia Circuit
- U.S. Court of Appeals for the Ninth Circuit

### Thomas (Tom) Johnson | Partner

Tom Johnson is a partner in the firm's Litigation group. He focuses his practice on complex business litigation before both trial and appellate courts. Tom has represented clients in a diverse range of disputes, including matters with antitrust, securities, and intellectual property (e.g. theft of trade secrets) components. Frequently, these matters also involve claims concerning business valuation (e.g. purchase price adjustment issues), breach of contract, and breaches of fiduciary duty.

Tom also assists clients with distinctly international issues, including the enforcement of international arbitration awards and compliance with the Foreign Corrupt Practices Act (FCPA).

### PROFESSIONAL RECOGNITION

- Judge Learned Hand Award, American Jewish Committee Oregon Chapter, 2006
- Listed in *Portland Business Journal* "Forty Under 40," 2007
- Super Lawyers, Rising Stars, 2008
- Oregon ACLU Foundation "Civil Liberties Award," 2009

### PROFESSIONAL LEADERSHIP

- Federal Bar Association, Oregon Chapter, Board Member, 2007 - Present
- American Inns of Court, Gus J. Solomon Inn of Court, 2002 - 2007
- Oregon State Bar Association, Chair of Antitrust Section Executive Committee, 2001 - 2007; Chair, 2006 - 2007
- Multnomah Bar Association, Young Lawyer's Membership Committee, 2001
- Second Chairs, Co-Founder and Member of Steering Committee, 2005 - Present
- Oregon State Bar, Business Litigation Committee,

- U.S. District Court for the District of Oregon

Executive Committee, 2007 - Present

- American Bar Association, Litigation & Antitrust Sections

COMMUNITY INVOLVEMENT

- Cascade Aids Project, Board Member, 2008 - Present
- Museum of Contemporary Craft, Board Member, 2007 - Present
- Oregon Department of Education, Superintendent's Business Advisory Team, 2007 - Present
- University of Michigan Club of Portland, Board Member, 2005 - 2007
- Portland Business Alliance, Leadership Portland (Class of 2006), Planning Committee, 2006 - 2008
- Northwest Business for Culture & the Arts, Art of Leadership, 2007

RELATED EMPLOYMENT

- Cravath, Swaine & Moore, New York, NY, Associate, 1998 - 2000; Summer Associate, 1996
- Womble, Carlyle, Sandridge & Rice, Charlotte, NC, Summer Associate, 1995

CLERKSHIPS

- Hon. R. Lanier Anderson, III, U.S. Court of Appeals for the Eleventh Circuit, 1997 - 1998





1120 N.W. Couch Street
Tenth Floor
Portland, OR 97209-4128
PHONE: 503.727.2037
FAX: 503.727.2222
SHines@perkinscoie.com

### EDUCATION

- Lewis & Clark Law School, J.D., magna cum laude, 2002
- University of Sioux Falls, B.A., summa cum laude, Mass Communication, 1999

### BAR ADMISSIONS

- Oregon

### Stephanie Hines | Associate

Stephanie Hines practices complex commercial litigation. Stephanie has represented clients in a diverse range of complex disputes, including matters involving fiduciary duties, business torts, environmental, antitrust, and international arbitration claims. Through her litigation practice, she has developed an expertise in addressing electronic discovery issues and concerns relating to electronic document retention and management.

### PROFESSIONAL LEADERSHIP

- Oregon State Bar Association, Antitrust Section Executive Committee; Leadership College Fellow, 2008
- Oregon Women Lawyers, Member
- National Association of Women Judges 30th Annual Conference, Friends Committee
- Women in E-discovery, Portland Chapter Member

### COMMUNITY INVOLVEMENT

- Lewis and Clark Law School, Student Mentor
- Legal Aid Services of Oregon, Domestic Violence Project, Volunteer Attorney

### RELATED EMPLOYMENT

- Perkins Coie LLP, Portland, OR, Summer Associate, 2001
- Oregon Department of Justice, Salem, OR, Law Clerk, 2000 - 2001
- City of Sioux Falls, City Attorney's Office, Sioux Falls, ID, Legislative Intern, 1999