SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
Email: ocallaghans@sec.gov
KASHYA K. SHEI (Cal. Bar No. 173125)
Email: sheik@sec.gov
Securities and Exchange Commission
San Francisco Regional Office
44 Montgomery Street, Suite 2800
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>SUNWEST MANAGEMENT, INC., CANYON CREEK DEVELOPMENT, INC., CANYON CREEK FINANCIAL, LLC, and JON M. HARDER,<br><br>　　　　Defendants,<br><br>　and<br><br>DARRYL E. FISHER, J. WALLACE GUTZLER, KRISTIN HARDER, ENCORE INDEMNITY MANAGEMENT LLC, SENENET LEASING COMPANY, FUSE ADVERTISING, INC., KDA CONSTRUCTION, INC., CLYDE HAMSTREET, and CLYDE A. HAMSTREET & ASSOCIATES, LLC,<br><br>　　　　Relief Defendants. | Case No. 6:09-cv-6056 AA<br><br>MOTION FOR DISMISSAL PURSUANT TO F.R.C.P. 41(a) AS TO DEFENDANTS DARRYL E. FISCHER, J. WALLACE GUTZLER, ENCORE INDEMNITY MANAGEMENT LLC, SENENET LEASING COMPANY, FUSE ADVERTISING, INC. and KDA CONSTRUCTION, INC. |

The plaintiff Securities and Exchange Commission ("SEC" or "Commission") hereby moves the Court to enter an order dismissing the above-captioned case against relief defendants Darryl E. Fisher, J. Wallace Gutzler, Encore Indemnity Management LLC, Senenet Leasing Company, Fuse Advertising, Inc., and KDA Construction, Inc., pursuant to F.R.C.P. 41(a)(2), which provides that an action may be dismissed at the plaintiff's request by court order. Although it appears from the docket that the relief defendants did not file an answer or a motion for summary judgment and F.R.C.P. 41(a) (1)(A)(i) would permit the Commission to dismiss the action against them by filing a notice of dismissal, because the relief defendants may have appeared and participated in the above action, in particular the individual defendants, Fisher and Gutzler, the SEC requests the Court issue an order. Moreover, dismissal of the action against the relief defendants is appropriate as the Receivership has recovered assets from them, which have been distributed to investors and no further action is required.

Dated: December 4, 2018                    Respectfully submitted,

                                           /s/ Sheila E. O'Callaghan
                                           Sheila E. O'Callaghan
                                           Attorneys for Plaintiff
                                           SECURITIES AND EXCHANGE
                                           COMMISSION