DAVID R. ZARO (CSB No. 124334) (Pro Hac Vice)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, California 90017-2543
Phone: (213) 622-5555
Fax: (213) 620-8816
E-Mail: dzaro@allenmatkins.com

Attorneys for Receivers
MICHAEL A. GRASSMUECK and
MAGGIE LYONS, and WILLAMETTE
PROPERTY HOLDINGS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 6:09-cv-6056-AA |
| Plaintiff, | **ORDER GRANTING RECEIVERS' MOTION TO (1) APPROVE THE FINAL ACCOUNTING AND REPORT; (2) ESTABLISH RESERVE; (3) AUTHORIZE THE DESTRUCTION OF BOOKS AND RECORDS; AND (4) DISCHARGE RECEIVERS** |
| vs. | |
| SUNWEST MANAGEMENT, INC., CANYON CREEK DEVELOPMENT, INC., CANYON CREEK FINANCIAL, LLC, AND JOHN M. HARDER, | |
| Defendants, | |
| DARRYL E. FISHER, ET AL., | |
| Relief Defendants. | |

Receivers' Motion to: (1) Approve the Final Accounting and Report

(2) Establish Reserve; (3) Authorize Destruction of Books and Records; and

(4) Discharge of Receivers (the "Receivers' Motion"), came before the Court. The

Court having received and read the Receivers' Motion, and supporting records, the

pleadings on file in the case and any objections filed herein, and being so advised

1145510.01/LA

Page 1

ORDER GRANTING RECEIVERS' MOTION TO (1) APPROVE THE FINAL ACCOUNTING AND REPORT; (2) ESTABLISH RESERVE; (3) AUTHORIZE DESTRUCTION OF BOOKS AND RECORDS; AND (4) DISCHARGE OF RECEIVERS

in the matter and finding adequate notice was provided and good cause, orders as follows:

1.  Receivers' Motion is granted in its entirety.

2.  Receivers are authorized to destroy the books and records and delete digital records of the Receivership Entities.

3.  Receivers are authorized to retain a reserve of $17,500 to be used to pay for post-closure costs to administer investor inquiries, destroy records, prepare remaining tax related filings, and post-closing expenses of Receivers and their attorney, Allen Matkins as described in the Motion.

4.  Receivers are authorized to turnover the remaining proceeds in the receivership following the payment of approved administrative fees and expenses and completion of closing tasks to the Securities and Exchange Commission for turnover to the United States Treasury.

5.  Receivers' final account and report is approved and Receivers' actions during their administration of the receivership are ratified, confirmed and approved as being right and proper and in the best interest of the receivership estate and parties to this action.

6.  Receivers are fully and completely discharged from all further duties, liabilities and responsibilities under this Court's appointment orders, including, but not limited to, those duties or liabilities that may be imposed by state, municipal or local tax or corporate authorities, with the Court affirming the faithful completion of their duties as ordered herein.

\\\

\\\

\\\

\\\

\\\

\\\

7.    This Court retains jurisdiction over receivership matters.

**IT IS SO ORDERED.**

Dated: 1/8/2019                          _____
                                         Hon. Ann Aiken
                                         Judge, United States District Court


Presented by:
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP


_____/s/ David Zaro_____
David Zaro
Attorneys for Receivers
865 S. Figueroa Street, Suite 2800
Los Angeles, CA  90071
dzaro@allenmatkins.com
213.622.5555 phone
213.620.8816 fax

. ORDER GRANTING RECEIVERS' MOTION TO (1) APPROVE THE FINAL
ACCOUNTING AND REPORT; (2) ESTABLISH RESERVE; (3) AUTHORIZE DESTRUCTION OF
BOOKS AND RECORDS; AND (4) DISCHARGE OF RECEIVERS